IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **WEIFANG TENGYI JEWELRY TRADING CO., LTD.,** | ) Case No. 18-cv-4651 <br> ) <br> ) **Judge Gary S. Feinerman** <br> ) <br> ) **Magistrate Judge Jeffrey Gilbert** <br> ) <br> ) <br> ) <br> ) <br> ) |
| **Plaintiff,** | |
| v. | |
| **1M SUNSHINE et al.,** | |
| **Defendants.** | |

## NOTICE OF EMERGENCY MOTION

To:     See Attached Certificate of Service

    PLEASE TAKE NOTICE that on August 16, 2018, at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall present Defendants Intuii LLC and Jens Sorensen's Emergency Motion to Lift the Temporary Restraining Order with Respect to Intuii LLC before the Honorable Gary S. Feinerman, or any judge sitting in his place and stead, in Courtroom 2125 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois.

                                          **INTUII LLC and JENS SORENSEN**

                                          By:    /s/ Carrie A. Dolan
                                                              One of Their Attorneys

Carrie A. Dolan (cdolan@cohonraizes.com)
J. Michael Williams (mwilliams@cohonraizes.com)
COHON RAIZES & REGAL LLP
208 S. LaSalle Street, Suite 1440
Chicago, Illinois 60604
(312)726-2252

Date:  August 15, 2018

## CERTIFICATE OF SERVICE

The undersigned counsel for Defendants Intuii LLC and Jens Sorensen hereby certify that on **August 15, 2018**, a true and correct copy of the foregoing Notice of Motion and **DEFENDANTS INTUII LLC AND JENS SORENSEN'S EMERGENCY MOTION TO LIFT THE TEMPORARY RESTRAINING ORDER WITH RESPECT TO INTUII LLC** was filed electronically with the Clerk of Court through the Court's CM/ECF System, which will provide electronic notification of such filing to the following Counsel of Record:

L. Ford Banister, II
The Law Office of L. Ford Banister, II
244 5th Avenue, Suite 1888
New York, NY 10001
ford@fordbanister.com
Mailing Address:
P.O. Box 3514 PMB 23332
New York, NY 10008
Telephone: (212) 574-8107

Charles E. McElvenny
Law Office of Charles E. McElvenny
20 North Clark Street, Suite 2200
Chicago, IL 60602
charlie@cemlawfirm.com
Telephone: (312) 291-8330

*Attorneys for Plaintiff,*
WEIFANG TENGYI JEWELRY TRADING CO., LTD.

Dated: August 15, 2018          By: */s/Carrie A. Dolan*
                                Carrie A. Dolan (Bar No. 6224808)
                                **COHON RAIZES & REGAL LLP**
                                208 South La Salle Street
                                Suite 1440
                                Chicago, Illinois 60604
                                Phone: (312) 726-2252
                                Fax: (312) 726-0609
                                cdolan@cohonraizes.com

2