UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Weifang Tengyi Jewelry Trading Co. Ltd

                    Plaintiff,

v.

Case No.: 1:18−cv−04651

Honorable Gary Feinerman

The Partnerships and Unincorporated Associations Identified on Schedule "A", et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 20, 2018:

      MINUTE entry before the Honorable Gary Feinerman: For the reasons set forth in the 8/17/2018 order [44], the court has substantial concerns regarding the correctness of the representations that resulted in the grant of the TRO. This is so not only as to Defendants Intuii LLC and Jens Sorensen, but also as to the entity whose president appeared by phone at the 8/17/2018 hearing. And because those Defendants are not foreign entities and (at least as to Intuii and Sorensen) do not sell counterfeit goods, the court no longer has the requisite level of confidence in the validity of Plaintiff's similar representations regarding the other Defendants. Accordingly, Plaintiff's preliminary injunction motion [27] is denied without prejudice. If Plaintiff renews the motion, it must establish, as to each Defendant, that the Defendant actually sells or has sold counterfeit goods. Plaintiff shall electronically serve a copy of this order on all Defendants.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.