IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WEIFANG TENGYI JEWELRY TRADING CO., LTD | ) ) ) | |
| Plaintiff, | ) ) | Case No. 18-cv-4651 |
| v. | ) ) ) | **Judge Gary S. Feinerman** |
| | ) ) | **Magistrate Judge Jeffrey Gilbert** |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A" | ) ) ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Weifang Tengyi Trading Co., Ltd. ("Plaintiff" or "Weifang") hereby dismisses this action without prejudice against the following Defendants identified on Schedule A to the Amended Complaint:

| **Defendant Line No.** | **Defendant Name** |
|---|---|
| 12 | ANECOO |
| 122 | SOFUMARKET |
| 159 | 72XWEBCOM |
| 179 | JAIPURKALAKENDRA |

1

| **Defendant Line No.** | **Defendant Name** |
|---|---|
| 189 | REDTHEATER |
| 215 | YUEQIN WANG |
| 323 | RAMONA ALINA POPESCU |
| 377 | SHRADDHA BHARGAVA |
| 358 | ANGEL PAREDES |
| 387 | REMY DAVIS |

Respectfully submitted this 20th day of August, 2018,

/s/ L. Ford Banister, II
The Law Office of L. Ford Banister, II
244 5th, Avenue, Ste. 1888
New York, NY 10001
Mailing Address
PO Box 3514 PMB 23332
New York, NY 10008
Telephone: U.S No. 212-574-8107
Fax: (646) 365-3459
Email: ford@fordbanister.com
*Attorney for Plaintiff*