IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WEIFANG TENGYI JEWELRY TRADING CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A" <br><br> Defendants. | Case No. 18-cv-4651 <br><br> **Judge Gary S. Feinerman** <br><br> **Magistrate Judge Jeffrey Gilbert** |

## SUPPLEMENTAL DECLARATION OF BORIS ZELKIND IN SUPPORT OF DEFENDANTS INTUII LLC AND JENS SORENSEN'S REQUEST FOR DAMAGES

I, Boris Zelkind, hereby declare as follows:

1. I make this supplemental declaration in support of Defendants Intuii LLC and Jens Sorensen's (collectively, "Intuii") request for damages. I am a partner in the law firm of Knobbe, Martens, Olson & Bear, LLP and I am admitted to practice law in the State of California. I am one of the attorneys representing Intuii in this matter and unless otherwise stated, I have personal knowledge of the facts set forth herein.

2. Attached hereto as Exhibit A is a true and correct copy of the December 4, 2017 Order, Document 52 in *Gianni Versace, S.p.A. v. Zou Yulan*, Case No. 17-cv-07869 (N.D. Ill.), which was downloaded from PACER.

3. Attached hereto as Exhibit B is a true and correct copy of the November 21, 2017 Defendants Chuangbang Store, Minjifen-0, Yitsing and Uloveido Official Store's Opposition to Plaintiff's Motion for Preliminary Injunction, Document 40 in *Gianni Versace, S.p.A. v. Zou Yulan*, Case No. 17-cv-07869 (N.D. Ill.), which was downloaded from PACER.

4. Attached hereto as Exhibit C is a true and correct copy of the November 1, 2017 Declaration of Justin R. Gaudio, Document 11 in *Gianni Versace, S.p.A. v. Zou Yulan*, Case No. 17-cv-07869 (N.D. Ill.), which was downloaded from PACER.

5. Attached hereto as Exhibit D is a true and correct copy of the November 1, 2017 Declaration of Stacy Kuo, Document 12 in *Gianni Versace, S.p.A. v. Zou Yulan*, Case No. 17-cv-07869 (N.D. Ill.), which was downloaded from PACER.

6. Attached hereto as Exhibit E is a true and correct copy of the transcript of the August 23, 2018 hearing in this case.

7. Attached hereto as Exhibit F is a chart that was created at my direction, which includes true and correct quotations from paragraphs in Exs. C and D attached hereto and true and correct quotations of paragraphs from the Banister Declaration [Doc. 8] and Guangyao Declaration [Doc. 9].

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 30, 2018.

/s/ Boris Zelkind
Boris Zelkind

## CERTIFICATE OF SERVICE

The undersigned counsel for Defendants Intuii LLC and Jens Sorensen hereby certify that on **August 30, 2018**, a true and correct copy of **SUPPLEMENTAL DECLARATION OF BORIS ZELKIND IN SUPPORT OF DEFENDANT INTUII LLC AND JENS SORENSEN'S REQUEST FOR DAMAGES** was filed electronically with the Clerk of Court through the Court's CM/ECF System, which will provide electronic notification of such filing to the following Counsel of Record:

L. Ford Banister, II
The Law Office of L. Ford Banister, II
244 5th Avenue, Suite 1888
New York, NY  10001
ford@fordbanister.com
Mailing Address:
P.O. Box 3514 PMB 23332
New York, NY  10008
Telephone:  (212) 574-8107

Charles E. McElvenny
Law Office of Charles E. McElvenny
20 North Clark Street, Suite 2200
Chicago, IL  60602
charlie@cemlawfirm.com
Telephone:  (312) 291-8330

*Attorneys for Plaintiff,*
WEIFANG TENGYI JEWELRY TRADING CO., LTD.

Richard P. Beem
Beem Patent Law Firm
53 W. Jackson Blvd., Suite 1352
Chicago, IL  60604
richard@beemlaw.com
Telephone:  (312) 201-0011

*Attorneys for Defendant,*
ATRIYA BHATTACHARYA (DEFENDANT NO. 362)

Dated:  August 30, 2018           By: */s/ J. Michael Williams*
                                                        One of their Attorneys

Michael K. Friedland (to be admitted *pro hac vice*)
Boris Zelkind (admitted *pro hac vice*)
Adam B. Powell (to be admitted *pro hac vice*)
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, 14th Floor
Irvine, CA 92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502
michael.friedland@knobbe.com
boris.zelkind@knobbe.com
adam.powell@knobbe.com


Carrie A. Dolan
J. Michael Williams
**COHON RAIZES & REGAL LLP**
208 South La Salle Street, Suite 1440
Chicago, Illinois 60604
Phone: (312) 726-2252
Fax: (312) 726-0609
cdolan@cohonraizes.com
mwilliams@cohonraizes.com