# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Weifang Tengyi Jewelry Trading Co. Ltd

                                                Plaintiff,

v.                                                                       Case No.: 1:18−cv−04651

                                                                              Honorable Gary Feinerman

ExtraFind, et al.

                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 6, 2018:

      MINUTE entry before the Honorable Gary Feinerman:Status hearing held and continued to 10/4/2018 at 9:15 a.m. Argument held on the pending motions. Pursuant to the 8/20/2018 notice of voluntary dismissal [45], Defendant Redtheater is dismissed and is currently under no court−ordered restraints. Plaintiff's counsel shall send a copy of this noticed to Ebay and Paypal immediately, and shall indicate in a cover letter that Defendant Redtheater has been dismissed from this suit. Plaintiff&#0;39;s counsel shall attend to outstanding correspondence from Def Nos. 163 and 362. The Clerk shall unseal Dkt. 10. Attorneys or any party who wish to participate by telephone at the 10/4/2018 hearing should call Toll−Free Number: (877) 336−1828, Access Code: 4082461 for the status hearing.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.