UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
Eastern Division

Weifang Tengyi Jewelry Trading Co. Ltd
                                  Plaintiff,

v.                                                                          Case No.: 1:18−cv−04651
                                                                          Honorable Gary Feinerman

ExtraFind, et al.
                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 24, 2018:

       MINUTE entry before the Honorable Gary Feinerman:Motion hearing held. Status hearing set for 11/14/2018 at 9:30 a.m. Attorneys or any party who wish to participate by telephone at the 11/14/2018 hearing should call Toll−Free Number: (877) 336−1828, Access Code: 4082461. For the reasons stated on the record, Plaintiff's motion for recusal [97] is denied. At its request, and over Defendant Intuii's objection, Plaintiff may file a supplemental brief in opposition to Defendant Intuii#039;s motion for damages [30] by 11/7/2018. At today's hearing, Plaintiff's counsel directed questions to the court regarding the process by which it considered and entered the TRO [16]. Those questions were inappropriate; as a matter of principle, courts do not discuss with parties the process by which they consider, draft, and enter particular orders or opinions. Although no citation is necessary for this proposition, see generally Thomas v. Page, 837 N.E.2d 483, 488−93 (Ill. App. 2005).Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.