# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| WEIFANG TENGYI JEWELRY TRADING CO., LTD ) ) ) Plaintiff, ) ) v. ) ) ) ) ) THE PARTNERSHIPS AND ) UNINCORPORATED ) ASSOCIATIONS IDENTIFIED ON ) SCHEDULE "A" ) ) Defendants. ) _____ ) | Case No. 18-cv-4651 **Judge Gary S. Feinerman** **Magistrate Judge Jeffrey Gilbert** |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Weifang Tengyi Trading Co., Ltd. ("Plaintiff" or "Weifang") hereby dismisses this action without prejudice against the following Defendants identified on Schedule A to the Amended Complaint:

| Defendant No. | Defendant Name | Defendant No. | Defendant Name |
|---|---|---|---|
| 1 | 1MSUNSHINE | 204 | XIA HE |
| 7 | AIYANLIVING | 210 | HUIQIN LI |
| 8 | AJWDFDNC | 211 | RUNHONG WU |
| 9 | Alane Fashion | 212 | ALANE AMRHEIN |
| 10 | ALLURE22 | 213 | YALI LIU |
| 13 | anigaduoshop | 216 | SHIRONG LENG |
| 14 | anjiaxiaopu | 217 | YANG AN |
| 15 | Bansloy | 218 | KE ZENG |
| 17 | Belloerh | 220 | YUEER HE |
| 21 | bruss3 | 224 | CHENGWEI ZHUANG |
| 22 | caolinglingcef | 225 | LINGLING CAO |
| 26 | Debbi Factory | 229 | DEBBI WANAMAKER |

| | | | |
|---|---|---|---|
| 27 | dengmaohad | 230 | MAO DENG |
| 29 | Doncaster | 232 | JIAJIA YU |
| 31 | duyong | 234 | YONG DU |
| 33 | englis | 236 | JINYING YANG |
| 35 | fangyijun123 | 238 | YIJUN FANG |
| 36 | fanjingyan | 239 | JINGYAN FAN |
| 39 | FoShan-Chouchen | 242 | ZIQIAN SONG |
| 42 | FuShi | 244 | SIJIAN FU |
| 47 | guhongqiga | 249 | HONGQI GU |
| 49 | haitanyise | 250 | HAIYUN LIU |
| 50 | haibomingpai | 251 | QIAN PAN |
| 52 | HangHai | 253 | RUIYING KONG |
| 53 | Hbird | 254 | SIMEI LUO |
| 56 | hejingliyu | 257 | JINGLI HE |
| 58 | HJM010417 | 259 | JIANGMEI HUANG |
| 59 | Hotsexy11 | 260 | CHUN SONG |
| 62 | Hshakt | 263 | WENLI WU |
| 64 | huangjiamingivan | 265 | JIAMING HUANG |
| 65 | hujuan | 266 | JUAN HU |
| 66 | huizhongruwo | 267 | YUHUI LU |
| 67 | Indre Standal | 268 | XINGDONG WANG |
| 68 | IBELformaldress | 269 | YAN HUANG |
| 69 | jiandan47 | 270 | CHUNMEI WU |
| 70 | Itigi | 271 | JIANHUA HUANG |
| 72 | jianghongxiahad | 273 | HONGXIA JIANG |
| 73 | KUMENGLE | 274 | LIN ZHU |
| 75 | leileidaxiaowu | 276 | LEI GUO |
| 76 | lanxiaokeqing | 277 | WENJING XU |
| 77 | lincanyi | 278 | CANYI LIN |
| 80 | lifang3 | 281 | FANG LI |
| 81 | liuweidedin | 282 | WEI LIU |
| 82 | Lingaokedian | 283 | NA WANG |
| 83 | liuyuedfghtrfgt | 284 | YUE LIU |
| 84 | Liuyan Fashion | 285 | YAN LIU |
| 85 | ljmzy | 286 | JIANMING LIU |
| 86 | lixushop | 287 | XU LI |
| 89 | malinqqqq | 290 | LIN MA |
| 90 | mage123 | 291 | MEI LI |
| 91 | MASexylingeries | 292 | XIAOYAN MA |
| 92 | marongze | 293 | RONGZE MA |
| 93 | MAYING2016 | 294 | YING MA |

| 94  | Masham | 295 | XIAOQIANG ZHOU |
|---|---|---|---|
| 95  | MoFangTi | 296 | FANXIONG MO |
| 96  | milincheng | 297 | TING CHENG |
| 101 | panlinhao | 302 | LINHAO PAN |
| 102 | Orrios | 303 | QIUXIA GAO |
| 105 | pingfanshizhen | 306 | LIANCHUN ZHENG |
| 106 | piaoliangbaobei | 307 | JIAYING CHEN |
| 108 | Pking808 | 309 | XINYI HUANG |
| 110 | Qilige | 311 | TING LI |
| 111 | save_money_live_better | 312 | RAMON LOPEZ |
| 112 | roseliu2016 | 313 | SHI LIU |
| 114 | SelflessMyHeart | 315 | LIN ZHU |
| 116 | sgkiik | 317 | LING WAN |
| 117 | shuahsuaku | 318 | XIAOFENG FENG |
| 120 | ShuYongLiang | 321 | YONGLIANG SHU |
| 123 | sundandanxd | 324 | DANDAN SUN |
| 124 | suimingyu | 325 | MINGYU SUI |
| 126 | sunjie | 327 | JIE SUN |
| 127 | tianfengyu | 328 | TINGTING WANG |
| 131 | Treesforesy | 331 | SHUZHOU WANG |
| 134 | wanghx6696 | 334 | HUANXIN WANG |
| 135 | WarmHeartDS | 335 | YANSHAN ZHENG |
| 136 | WangYue | 336 | BAOQIN ZHOU |
| 137 | werart | 337 | HAIYAN GAO |
| 139 | woaitangbao | 339 | LILI WANG |
| 140 | xiaoyan2016 | 340 | YANGE ZHAO |
| 141 | xiaozhangnanzhuangdian | 341 | JING ZHANG |
| 142 | xuridongsheng | 342 | XU HE |
| 143 | yangyang zz | 343 | CAIWEI TANG |
| 145 | yishanyishui | 345 | YANLI YUAN |
| 147 | yongshengyongshi | 346 | YONGSHENG WU |
| 148 | yueyuexhq | 347 | HAIQIONG XIA |
| 149 | zengyikehaf | 348 | XIAOFANG DIAO |
| 150 | zgrdejia | 349 | XIAOYU WU |
| 151 | zhanghong123 | 350 | HONG ZHANG |
| 152 | zhangjman | 351 | JUNMAN ZHANG |
| 153 | ZHANGZEElectronic | 352 | LIRONG WANG |
| 154 | zhaoyingying | 353 | YINGYING ZHAO |
| 18  | bkbkbk | 221 | YONGMING ZHONG |
| 24  | d'vrvsvrbstttsr | 227 | ZHAOXIU YE |
| 38  | Fashion Ornaments Store | 241 | LIPING ZHENG |

| | | | | |
|---|---|---|---|---|
| 46 | Glorous.world | 248 | ZHONGXIANG YE |
| 55 | Higo452 | 256 | JIN LA |
| 57 | horsimeng | 258 | SIMENG HAO |
| 103 | partydress | 304 | GUANGYUE SU |
| 119 | Sinoco Intrernatinal | 320 | JUNJIE WANG |
| 125 | Super MT | 326 | MENGTING SHI |
| 132 | transformer coil diy | 332 | YOUGEN PENG |
| 144 | Yi Fei Department store | 344 | XIWANG DONG |
| 155 | zhengjundian | 354 | JUN ZHENG |
| 156 | ziqi | 355 | ZIQI ZHOU |
| 16 | Beautydress Co | 219 | LORA WU |
| 87 | luoxiaomei | 288 | XIAOMEI LUO |
| 30 | Dream of the store | 233 | LIFENG CHEN |
| 121 | store entrance | 322 | YALING XU |
| 128 | The store entrance | 329 | ZHENLIANG WU |
| 138 | Welcome you shopping | 338 | WANWAN WU |

Respectfully submitted this 4th day of November, 2018,

/s/ L. Ford Banister, II
The Law Office of L. Ford Banister, II
244 5th, Avenue, Ste. 1888
New York, NY 10001
Mailing Address
PO Box 3514 PMB 23332
New York, NY 10008
Telephone: U.S No. 212-574-8107
Fax: (646) 365-3459
Email: ford@fordbanister.com
*Attorney for Plaintiff*