**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| WEIFANG TENGYI JEWELRY TRADING CO., LTD | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 18-cv-4651 |
| | ) | |
| v. | ) | **Judge Gary S. Feinerman** |
| | ) | |
| | ) | **Magistrate Judge Jeffrey Gilbert** |
| | ) | |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A" | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**DECLARATION OF L. FORD BANISTER, II**

I, L. Ford Banister, II, declare as follows:

1.    I am an attorney at law, duly admitted to practice before the Courts of the State of New York and the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff Weifeng Tengyi Jewelry Trading Co., Ltd. ("Weifeng" or "Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

Amendment and Correction of Doc. 112

2.    This declaration is to amend and correct the following specific sections of the Declaration of L. Ford Banister, II. [Doc. 112]

1

3.      Paragraph 5 of Doc. 112 is corrected as follows:

Review and analysis of Defendants' eBay store diaperdisco shows that since the Court's order of August 17, 2018 lifting the TRO, Defendants have heavily re-populated this store with branded goods. Specifically, approximately one hundred and seventy-seven of the first two hundred listings are for branded goods.

4.      Exhibit A attached to Doc. 112 relates to Defendants' store chocochipcupcake which is referenced in Paragraph 6 of Doc. 112 with evidence and analysis for chocochipcupcake also attached thereto as Exhibit B. Exhibit A attached hereto contains evidence and analysis corresponding to Defendants' store diaperdisco including a compilation of branded items listed on Defendants' eBay store diaperdisco and screenshots of the first approximately two hundred listed items.

5.      Paragraph 18 of Doc. 112 is corrected as follows:

Review and analysis of Defendants' eBay store yapura shows that this store is heavily populated with branded goods. Specifically, approximately eighty-seven of the first two hundred listings are for branded goods.

6.      Exhibit N attached to Doc. 112 relates to Defendants' store ucayali which is referenced in Paragraph 17 of Doc. 112 with evidence and analysis for ucayali also attached thereto as Exhibit M. Exhibit N attached hereto contains evidence and analysis corresponding to Defendants' store yapura including a compilation of branded items listed on Defendants' eBay store yapura and screenshots of the first approximately two hundred listed items.

(Date, Signature and Attestation on the Following Page)

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.

Executed on this the 6th day of November, 2018 at Chengdu, Sichuan, China.

/s/ L. Ford Banister, II
The Law Office of L. Ford Banister, II
244 5th, Avenue, Ste. 1888
New York, NY 10001
Mailing Address
PO Box 3514 PMB 23332
New York, NY 10008
Telephone: U.S No. 212-574-8107
Fax: (646) 365-3459
Email: ford@fordbanister.com
*Attorney for Plaintiff*

WEIFANG TENGYI JEWELRY　　　　)
TRADING CO., LTD　　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　　　Plaintiff,　　　　　)　　Case No. 18-cv-4651
　　　　　　　　　　　　　　　　　)
　　　　v.　　　　　　　　　　　　)　　**Judge Gary S. Feinerman**
　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)　　**Magistrate Judge Jeffrey Gilbert**
　　　　　　　　　　　　　　　　　)
1M SUNSHINE et al.　　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　　　Defendants.　　　　)
_____　)

**<u>EXHIBIT A</u>**

ULOVEIDO--INTUII DFENDANT--diaperdisco--ANALYSIS

| Page No. | Listing title |
|---|---|
| 1 | Baby Alive Sweet Spoonfuls Blonde Baby Doll Girl |
| 2 | Warner Bros. DC Super Hero Girls Cosmic Girl Twin Sheet Set |
| 3 | Red Heart Scrubby Sparkle Yarn, Oyster |
| 4 | Hizashi 2 Watt S14 Amber Replacement Glass Bulbs 2200K Dimmable E26 LED Light - |
| 5 | Yakima Skybox 16 Carbonite Cargo Box |
| 6 | Weiman Complete Cook Top Cleaning Kit - Cook Top Cleaner and Polish 2 Ounce, Top |
| 7 | Alegria New Women's Eliza Boot Delicut 38 |
| 8 | Chaco Women's Barbary-W Hiking Boot, Nickel Gray, 9 M US |
| 9 | Irish Setter Men's 894 Wingshooter Waterproof 9" Upland Hunting Boot,Amber,8.5 D |
| 10 | Irish Setter Men's 2870 Vaprtrek Waterproof 8" Hunting Boot, Realtree Xtra D US |
| 11 | SOREL Women's Cozy Carnival Snow Boot, Black, 7.5 Medium US |
| 12 | MuckBoots Women's Ryder Mid Boot,Black,11 M US |
| 13 | Irish Setter Men's 2870 Vaprtrek Waterproof 8" Hunting Boot, Realtree Xtra EE US |
| 14 | SOREL Men's Bear Extreme Snow Boot,Black/Red Quartz,10 M US |
| 15 | Vionic Women's Rest BellaII Toepost Sandal Blue 8N US |
| 16 | Kodiak Original Women's Waterproof Leather Ankle Winter Boot, red, 6.5 M US |
| 17 | Eileen Fisher Women's Sport Sandal, Black Tumbled Leather, 8 M US |
| 18 | Sceptre C325W-1920R Curved 32-Inch Screen LED-lit Monitor Metal Black |
| 19 | Timberland Men's Heritage 6" Premium Boot, Burnt Orange Worn Oiled, 10 D |
| 20 | Cobb Hill Rockport Women's Abilene Boot, Blue/Teal, 10 M US |
| 21 | FRYE Women's Veronica Short Boot, Dark Brown Soft Vintage Leather, 8.5 M US |
| 22 | Lifetime Pro Courtside 48" Portable Basketball System with Basketball |
| 23 | Pikolinos Women's Jerez Slip-On Loafer,Black/Black,39 EU/8.5-9 M US |

| | |
|---|---|
| 24 | Irish Setter Men's 83803 8" Work Boot,Brown,10.5 D US |
| 25 | Belleville 6" Range Runner Hybrid Hiker, Color Mojave/Olive Green Coyote, Size: |
| 26 | Dansko Women's Professional Clog, Plume Patent, 39 M EU 8.5-9 US |
| 27 | Naturalizer Women's Kala Boot, Bordo, 10 M US |
| 28 | Ariat Men's Workhog Mesteno Wide Square H2O Composite Toe Work Boot, Rust/Moss M |
| 29 | Bonsaii 4S23 8-Sheet Micro-Cut Shredder P-5 Security, Thermal Protection 6 4 120 |
| 30 | VIPER Midnight 4500lb ATV/UTV Winch Kit with 50 feet BLACK Synthetic Rope |
| 31 | Vasque Men's Mantra 2.0 Hiking Shoe,Dark Earth/Chili Pepper,10.5 W US |
| 32 | Naughty Monkey Women's Zarape Chelsea Boot, Black, 6 M US |
| 33 | Durango Men's DB594 11" Harness Boot Distressed Brown 13 EE - Wide |
| 34 | Wolverine Men's W04827 Buccaneer Boot, Dark Brown, 8.5 M US |
| 35 | Lacrosse Men's Alpha Thermal 16" NMT Work Boot, Black, 11 M US |
| 36 | Telesteps 1600E OSHA Compliant 16 ft Reach Telescoping Extension Ladder |
| 37 | Sperry Top-Sider Women's Saltwater Rain Boot 9 BM US, Graphite |
| 38 | Otomix Black Stingray Escape Bodybuilding & Wrestling Shoes 9 |
| 39 | Fasco F1B 80-16 LN 50-mm Stapler with 2-Inch Long Nose |
| 40 | Laredo Men's Hawk 6860 Western Boot,Black,7 D US |
| 41 | ECCO Men's Cool 2.0 Leather Gore-Tex Fashion Sneaker, Dark Shadow Leather, 43 M |
| 42 | Rockport Men's Cold Springs Plus Moc Snow Boot- Brown-8 W |
| 43 | Master Lock Cash/Storage Box 11 In. X 7-3/4 In. X 4 In. Metal Construction |
| 44 | Irish Setter Men's 83909 Wellington Work Boot,Brown,8.5 D US |
| 45 | FRYE Men's Stone Engineer Boot, Espresso Polished Stonewash, 8 M US |
| 46 | Chippewa Men's 8" Insulated Steel Toe EH Logger Boot,Redwood,6 W US |
| 47 | Thorogood 834-6888 Men's Gen-flex2 Series 8" Tactical Side Zip Jump Boot, Black |

| 48 | Irish Setter Men's 6" 83605 Work Boot,Brown,10.5 D US |
| 49 | Rocky Men's Iron Clad 8" Waterproof Non-Steel Boot,Bridle,9.5 W US |
| 50 | SOREL Women's Danica Short Non Shell Boot, Size: 8 BM US, Color Quarry/Black |
| 51 | Wolverine Men's W02421 Raider Boot, Brown, 10.5 M US |
| 52 | Miz Mooz Women's LUNA Boot, 1-Black, 9 M US |
| 53 | FootJoy Men's Pro SL White/Black/Silver 11 W US W |
| 54 | SOREL Mens 1964 Premium T Wl Cold Weather Boot, Elk/Black, 14 BM US |
| 55 | Bates Mens GX-8 8 Inch Ultra-Lites Zip Uniform Work Boot, Desert, 10.5 M US |
| 56 | Dansko Women's Shirley Ankle Bootie, Grey Nubuck, 42 EU/11.5-12 M US |
| 57 | SOREL Women's Meadow Lace Boot, Elk, 8.5 M US |
| 58 | Alegria Women's Alli Flat,Black Silver Rose,36 EU/6-6.5 M US |
| 59 | Dolce Vita Women's Saylor Ankle Bootie, Dark Grey, 6 M US |
| 60 | Lacrosse Men's Alphaburly Pro 18" 800G Knee High Boot, Optifade Timber, 8 M US |
| 61 | Dolce Vita Women's Jaegar Boot, Black, 6 M US |
| 62 | Baffin Men's Shackleton Snow Boot,Black,12 M US |
| 63 | La Sportiva Men's Ultra Raptor Trail Running Shoe,Black/Yellow,44 EU/10.5 M US |
| 64 | Apera Instruments PH700 Benchtop Lab pH Meter, 0.01 pH Accuracy, 1-3 Points Auto |
| 65 | Chippewa Men's 6" 20067 Lace Up Boot,Tan,11 2E US |
| 66 | La Sportiva Bushido Running Shoe - Men's, Carbon Apple Green, 46 |
| 67 | Genuine GM 15305191 175 Amp Fuse |
| 68 | L'Artiste by Spring Step Women's Emese Ankle Bootie, Black, 40 EU/9 M US |
| 69 | Cole Haan Women's Zerogrand Hikr Boot, Chestnut, 5 B US |
| 70 | Durango Men's DB5474 Boot, dusk velocity/bark brown, 10.5 2E US |
| 71 | Rockport Men's Ackerley Waterproof Boot- Chocolate-9 W |

| 72 | STEVEN by Steve Madden Women's Criss Flat, Bronze, 7 M US |
|----|----|
| 73 | SOREL Women's Glacy Snow Boot, Black, 8.5 M US |
| 74 | Miz Mooz Women's Bloom Boot, Forest, 6.5 M US |
| 75 | Irish Setter Men's 83804 8" Aluminum Toe Work Boot,Brown,11 EE US |
| 76 | SOREL Women's Addington Tall Knee High Boot, Kettle, Cordovan, 8.5 M US |
| 77 | Oboz Men's Sawtooth Low Bdry Multisport Shoe,Walnut,11 M US |
| 78 | Steve Madden Women's Beacon Fashion Boot, Taupe Suede, 10 M US |
| 79 | Bates Men's GX-8 8 Inch Ultra-Lites Zip Uniform Work Boot, Desert, 12 M US |
| 80 | CLARKS Women's Carleta Crane Ankle Bootie, Black, 8 M US |
| 81 | Pajar Men's Trooper Boot, Dark Brown, 40 EU/7 M US |
| 82 | ECCO Men's Whistler GTX Mid Boot, Cocoa Brown, 45 EU/11-11.5 M US |
| 83 | Ariat Men's Overdrive 6" Composite Toe Work Boot, Dark Brown, 8.5 M US |
| 84 | Red Wing Heritage Men's 8" Classic Moc Toe Boot, Oro Legacy, 11 M US |
| 85 | Inov-8 Men's Fastlift 335 Weight-Lifting Shoe, Thyme/Black/Orange, 9 M US |
| 86 | SOREL Women's Glacy Snow Boot, Redwood, 5 M US |
| 87 | Teva Men's M Arrowood Mid Waterproof Hiking Boot, Bison, 11 M US |
| 88 | Salomon Women's X Ultra 3 Mid GTX W Hiking Boot,Crown Blue,7.5 M US |
| 89 | Donald J Pliner Men's Dacio Suede Slip-OnExpresso9 M US |
| 90 | Wolverine Men's 8 Inch Durashock High Performance Work Boot,Stone,9 M US |
| 91 | Bogs Men's Ultra Mid Insulated Waterproof Work Rain Boot, Black, 7 DM US |
| 92 | SOREL Men's Manawan NM1466 Slipper,NM1466,Bark,10 M |
| 93 | Cole Haan Men's Kennedy Wingtip II Fashion Boot, Java, 12 Medium US |
| 94 | SOREL Women's Glacy Snow Boot, Black, 7.5 M US |
| 95 | Johnston & Murphy Men's Aragon II Slip-on Loafer,Black/Brown,10.5 M |

| | |
|---|---|
| 96 | Stetson Men's Jack Riding Boot, Brown, 10 EE US |
| 97 | ECCO Men's Biom Fjuel Tie Walking Shoe, Marine/Cobalt, 43 EU/9-9.5 M US |
| 98 | Merrell Chameleon II Stretch |
| 99 | Schumacher SE-6030 4/30/60/300 Amp Manual Wheel Charger |
| 100 | Dingo Women's Heart Throb Western Boot,Rust Triad,9 M US |
| 101 | Crocs Men's 15581 Classic Realtree Xtra Clog, Khaki, 13 M US |
| 102 | Carlos by Carlos Santana Women's Delia Slouch Boot, Black, 8 M US |
| 103 | Timberland PRO Men's Direct Attach 8" Waterproof Workboot,Brown,9 M |
| 104 | Salomon Unisex S-Lab Xa Amphib Running Sneakers, Black Manmade, Mesh, 12 D |
| 105 | Star Micronics TSP143IIIBi Bluetooth Thermal Receipt Printer for iOS, Android, - |
| 106 | Red Wing Heritage Men's Iron Ranger Work Boot, Copper Rough and Tough, 9 D US |
| 107 | Windsor Glider and Ottoman, White with Gray Cushion |
| 108 | Red Wing Heritage Men's 6 inch Moc Work Boot, Concrete Rough and Tough, 7 D US |
| 109 | Bates Men's Talimena Motorcycle Boot,Black,9.5 M US |
| 110 | Cole Haan Men's Adams Grand Chukka Boot, Muir, 8.5 M US |
| 111 | Chaco Women's HOPI-W Hiking Boot, Black, 9.5 M US |
| 112 | Pikolinos Men's Fuencarral 15A-6207 Shoe,Light Brown,46 EU/12.5 M US |
| 113 | Blundstone Work Series 990,Black, 5 UK/6 M US |
| 114 | Mainstays Corner Workstation, Cherry with Black Accents |
| 115 | NAOT Women's Kumara Flat, Black, 41 EU/10 M US |
| 116 | Pajar Women's Greenland Boot,Black,37 M EU/6-6.5 BM US |
| 117 | ECCO Men's Intrinsic 3 Fashion Sneaker, Black Leather, 46 EU/12-12.5 M US |
| 118 | 90 Degree By Reflex - High Waist Power Flex Legging – Tummy Control - Black XL |
| 119 | Asolo Men's TPS 520 GV EVO Chestnut Boot 13 D M |

| | |
|---|---|
| 120 | Blundstone Unisex Original 500 Series, Stout Brown, 7 M US Mens/9 M US Womens/6 |
| 121 | Naturalizer Women's Dev Riding Boot, Saddle, 9 W US |
| 122 | Hathorn Men's Traveler Boot,Distressed Brown,11 D US |
| 123 | Franco Sarto Women's Ollie Over The Knee Boot, Dover Taupe, 8.5 M US |
| 124 | Dan Post Women's Liberty Western Boot,Tan,7 M US |
| 125 | Merrell Women's Moab FST Mid Waterproof Hiking Boot, Boulder, 9.5 M US |
| 126 | Dr. Brown's Deluxe Bottle Sterilizer |
| 127 | Dansko New Women's Marcia Ankle Boot Black Burnished Nubuck 40 |
| 128 | Vasque Men's Mantra 2.0 Gore-Tex Hiking Boot, Beluga/Old Gold,11 M US |
| 129 | Miz Mooz Women's Dale Ankle Boot, Slate, 7 M US |
| 130 | FRYE Women's Ray Seam Short Boot, Camel Soft Oiled Leather, 8.5 M US |
| 131 | ADC Adscope 600 Platinum Series Cardiology Stethoscope with Tunable AFD 27 inch |
| 132 | Alegria Womens Dayna Slip On Ice Ice Baby 38 M EU |
| 133 | JJ Cole Car Seat Cover, Pink |
| 134 | Cole Haan Women's Tali Mini Bow Studded Sandal, Black Patent, 7.5 B US |
| 135 | Marc Joseph New York Women's Cypress Hill Celeste Grainy Driver 7.5 |
| 136 | Baffin Women's Coco Insulated Suede Winter Boot,Taupe,7 M US |
| 137 | Kamik Men's Fargo Snow Boot      Black  8 M US |
| 138 | NAOT Men's Lappland Flat Sandal, Gray, 42 EU/9 M US |
| 139 | SHOP FOX W1704 1/3-Horsepower Benchtop Lathe |
| 140 | Irish Setter Men's 6" 83605 Work Boot,Brown,8.5 D US |
| 141 | FRYE Women's Leslie Artisan Short Boot, Wheat, 8.5 M US |
| 142 | Timberland PRO Men's Rip Saw Comp Toe Logger Work Boot,Black,10 M US |
| 143 | Baffin Men's Selkirk Snow Boot,Black/Expedition Gold,9 M US |

| 144 | FRYE Women's Tamara Shearling OTK Winter Boot, Taupe, 8 M US |
| --- | --- |
| 145 | Dunham Men's Johnson Waterproof Boot,Black,20 4E US |
| 146 | Heelys Men's Propel 2.0 Black Black Red Roller Skate Shoes Sneakers 10 |
| 147 | SOREL Women's Joan of Arctic Boot,Black/Stone,9 BM US |
| 148 | ECCO Men's Scinapse Tie Fashion Sneaker, Black/Black, 45 EU/11-11.5 M US |
| 149 | CLARKS Women's Cheyn Madi Loafer, Black Scrunch Leather, 7.5 M US |
| 150 | CLARKS Women's Cheyn Madi Loafer, Black Scrunch Leather, 7.5 M US |
| 151 | Durango Men's Farm and Ranch FR104 Western Boot,Burly Brown,12 W US |
| 152 | Balance Men's 520v1 Sneaker, Team Forest Green/Varsity Gold, 10 D US |
| 153 | Bullworker 20" Steel Bow - Full Body Workout - Portable Home Gym Isometric for |
| 154 | Bed\|Stu Women's Isla Ankle Bootie, Sand Rustic, 9 M US |
| 155 | Diono Radian 3R All-in-One Convertible Car Seat, for Children from Birth to 100 |
| 156 | Crocs unisex-adult Crocband Clog    navy   13 US Men / 15 US Women |
| 157 | CLARKS Women's Medora Nina Flat, Black Nubuck, 8.5 M US |
| 158 | Vasque Men's Talus Ultradry Hiking Boot    Turkish Coffee/Chili Pepper   8 M US |
| 159 | Wolverine Men's W02419 Raider Boot, Brown, 13 M US |
| 160 | Red Wing Heritage Men's 8" Classic Moc Toe Boot, Oro Legacy, 10 M US |
| 161 | Marc Joseph New York Men's Leather Union Street Driver Driving Style Loafer, 10 |
| 162 | ECCO Men's Scinapse Tie Fashion Sneaker, Black/Black, 41 EU/7-7.5 M US |
| 163 | ECCO Men's Rugged Track GTX Tie-M, Dark Clay/Coffee, 44 EU/10-10.5 M US |
| 164 | Letter Board -Letters +Stand +Sorting Tray +Canvas Bag +More \| Changeable Felt |
| 165 | Red Wing Heritage Iron Ranger 6-Inch Boot, Amber Harness, 11.5 W EE US |
| 166 | Salomon Unisex Spikecross 3 CS Black/Radiant Red/White Sneaker Men's 10, Women's |
| 167 | ARIAT WOMEN Fatbaby II Western Cowboy Boot, Black Deertan/Orchid, 8 M US |

| | |
|---|---|
| 168 | ECCO Men's Cage Pro Boa Golf Shoe, Black, 43 EU/9-9.5 M US |
| 169 | Vionic Cozy Juniper Moccasin Slipper Loafer Shoe - Chestnut - Womens - 8 |
| 170 | FLY London Women's Yip Ankle Bootie, Ocean Oil Suede, 40 EU/9-9.5 M US |
| 171 | OLUKAI Mea Ola Slide Sandal - Men's Dark Java/Dark Java 12 |
| 172 | Dansko Women's Maria Ankle Bootie, Light Grey Milled Nubuck, 42 EU/11.5-12 M US |
| 173 | Chaco National Park Z/2 Sandal - Men's Smoky Sunrise, 10.0 |
| 174 | NAOT Women's Rongo Flat, Quartz Leather/Dusty Silver Leather, 41 EU/9.5-10 M US |
| 175 | Johnston & Murphy Men's Copeland Chukka Boot,Tan Oiled Full Grain,9.5 M US |
| 176 | FRYE Women's Jackie Button Riding Boot, Slate, 7 M US |
| 177 | Ariat Women's Unbridled Roper Western Cowboy Boot, Distressed Brown, 7.5 M US |

Hi! **Sign in** or **register** | Daily Deals | Gift Cards | Help & Contact

 Take Me to Toytopia

Sell | My eBay

# ebay

Shop by category ▾

Search for anything                    All Categories ▾    **Search**    Advanced

**diaperdisco** (8561 ★)
99.3% positive feedback

🔖 Items for sale    🏬 Visit store    ✉ Contact

♡ Save

Based in United States, diaperdisco has been an eBay member since Aug 30, 2016

## Feedback ratings ⓘ

| | | |
|---|---|---|
| ★★★★★ | 6,158 | Item as described |
| ★★★★★ | 6,489 | Communication |
| ★★★★★ | 6,489 | Shipping time |
| ★★★★★ | 6,622 | Shipping charges |

See all feedback

⊕ **6,740** Positive    ○ **41** Neutral    ⊖ **44** Negative

⊕ Received Quickly
Oct 30, 2018

Feedback from the last 12 months

116 Followers | 0 Reviews | 33,551 Views | Member since: **Aug 30, 2016** | ⚲ United States

## Items for sale (18080)

See all items



GearWrench 9570...
US $75.83          1d left



Oetiker 1850005...
US $70.02          1d left



TIME-SERT 3/8-1...
US $86.64          1d left



Time-Sert M8x1....
US $84.89          1d left



Air Tire 10" x ...
US $29.37          2d left

## Followers (116)

diaperdisco | eBay



Take Me to Toytopia

Sell | My eBay

ebay

Shop by category

Search for anything

All Categories

**Search**   Advanced

Items for sale from **diaperdisco** (8562 ⭐) 📋  ♡ **Save this seller**

☐ Include description

**Categories**

**Clothing, Shoes & Accessories**
 Women's Sandals & Flip Flops
 Women's Boots
 Women's Flats & Oxfords
 Women's Athletic Shoes
 Women's Shoes
 **More** ▾

**Home & Garden**
 Kitchen, Dining & Bar Supplies
 Building & Hardware Supplies
 Tea
 Small Kitchen Appliances
 Home Organization Supplies
 **More** ▾

**Sporting Goods**
 Camping & Hiking Equipment
 Water Sports
 Fishing Equipment & Supplies
 **More** ▾

**Health & Beauty**
 Hair Care & Styling Products
 Aromatherapy Supplies
 Health Care Products
 **More** ▾

**Business & Industrial**

**See all categories**

**Format**   See all
 ○ All Listings
 ○ Auction
 ○ Buy It Now

**Guaranteed Delivery**   See all
 ○ No Preference
 ○ 1 Day Shipping
 ○ 2 Day Shipping
 ○ 3 Day Shipping
 ○ 4 Day Shipping

All Listings | Auction | Buy It Now

18,090 results    ♡ Save this search

Sort: **Best Match**   View: ▦ ▾

Guaranteed 3 day delivery ⬤○

**Baby Alive Sweet Spoonfuls Blonde Baby Doll Girl**
Brand New

**$23.45**
Buy It Now
Free Shipping
Free Returns
Only 1 left!
2 Watching

FAST 'N FREE
Estimated Delivery Mon, Nov. 5

**Red Heart Scrubby Sparkle Yarn, Oyster**
Brand New

**$6.17**
Buy It Now
Free Shipping
Free Returns
Only 1 left!
1 Watching

**Hizashi 2 Watt S14 Amber Replacement Glass Bulbs 2200K Dimmable E26 LED Light -**
Brand New

**$16.99**
Buy It Now
Free Shipping
Free Returns
Only 1 left!
6 Watching

FAST 'N FREE
Estimated Delivery Mon, Nov. 5

**Yakima Skybox 16 Carbonite Cargo Box**
Brand New

## Condition          *See all*
- [ ] New (18,089)
- [ ] Not Specified (1)

## Price
- [ ] Under $35.00
- [ ] Over $35.00

$ [        ] to $ [        ] »

## Item Location       *See all*
- (•) Default
- ( ) Within
  [ 100 miles ▾ ] of [ 90064 ] »
- ( ) US Only
- ( ) North America
- ( ) Worldwide

## Delivery Options    *See all*
- [ ] Free shipping

## Show only           *See all*
- [ ] Free Returns
- [ ] Returns accepted
- [ ] Completed listings
- [ ] Sold listings
- [ ] Deals & Savings

**More refinements...**

---

**Seller Information**

diaperdisco (8562 ⭐ )
Feedback rating: 8,562
Positive Feedback: 99.3%
Member since Aug-30-16 in
United States

**Read feedback profile**
**Add to my favorite sellers**
**Visit seller's eBay Store!**
diaperdisco

---

**Recently viewed items**

SPONSORED



$607.00
Buy It Now
**Free Shipping**
**Free Returns**

FAST 'N FREE
Estimated Delivery Mon, Nov. 5

---

**Weiman Complete Cook Top Cleaning Kit - Cook Top Cleaner and Polish 2 Ounce, Top**
Brand New

$7.47
Trending at $8.99 ⓘ
Buy It Now
**Free Shipping**
**Free Returns**
Only 1 left!

FAST 'N FREE
Estimated Delivery Mon, Nov. 5

---

**Knights Armament Company Kac 600M Micro Flip Rear Sight Blk**
Brand New

$183.27
Buy It Now
**Free Shipping**
**Free Returns**
Only 1 left!
5 Watching

FAST 'N FREE
Estimated Delivery Mon, Nov. 5

---

**Alegria New Women's Eliza Boot Delicut 38**
Brand New

$190.55
Buy It Now
**Free Shipping**
**Free Returns**

---

**Chaco Women's Barbary-W Hiking Boot, Nickel Gray, 9 M US**
Brand New



$305.12
Free shipping

 

$176.85
Buy It Now
Free Shipping
Free Returns
Only 1 left!
5 Watching

FAST 'N FREE
Estimated Delivery Mon, Nov. 5



Dunham Men's Johnson
Waterproof Boot,...
$180.81
Buy It Now
Free shipping
Last one



Irish Setter Men's 894 Wingshooter Waterproof 9" Upland Hunting Boot,Amber,8.5 D
Brand New

$187.89
Buy It Now
Free Shipping
Free Returns

FAST 'N FREE
Estimated Delivery Mon, Nov. 5



Baffin Women's Coco
Insulated Suede W...
$154.93
Buy It Now
Free shipping



Irish Setter Men's 2870 Vaprtrek Waterproof 8" Hunting Boot, Realtree Xtra D US
Brand New

$157.08
Buy It Now
Free Shipping
Free Returns
Only 1 left!
4 Watching



ADC Adscope 600
Platinum Series Cardi...
$154.73



SOREL Women's Cozy Carnival Snow Boot, Black, 7.5 Medium US
Brand New

$204.73
Buy It Now
Free Shipping
Free Returns
Only 1 left!
3 Watching

Irish Setter Men's 2870 Vaprtrek Waterproof 8" Hunting Boot, Realtree Xtra EE US
Brand New

Buy It Now
Free shipping



$174.79
Buy It Now
Free Shipping
Free Returns
Only 1 left!
2 Watching


FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**



SOREL Men's Bear Extreme Snow Boot,Black/Red Quartz,10 M US
Brand New

$180.81
Buy It Now
Free Shipping
Free Returns
Only 1 left!
3 Watching


FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**



Vionic Women's Rest BellaII Toepost Sandal Blue 8N US
Brand New

$219.14
Buy It Now
Free Shipping
Free Returns

FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**



MuckBoots Women's Ryder Mid Boot,Black,11 M US
Brand New

$158.66
Buy It Now
Free Shipping
Free Returns


FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**

Kodiak Original Women's Waterproof Leather Ankle Winter Boot, red, 6.5 M US
Brand New



$174.85
Buy It Now
**Free Shipping**
**Free Returns**
Only 1 left!
1 Watching

 FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**

---

**Ferplast Hamster Cage, Black**
Brand New



$160.84
Buy It Now
**Free Shipping**
**Free Returns**

---

**Eileen Fisher Women's Sport Sandal, Black Tumbled Leather, 8 M US**
Brand New



$235.02
Buy It Now
**Free Shipping**
**Free Returns**
Only 1 left!
1 Watching

 FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**

---

**Sceptre C325W-1920R Curved 32-Inch Screen LED-lit Monitor Metal Black**
Brand New



$219.86
Buy It Now
**Free Shipping**
**Free Returns**

 FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**

---

**Timberland Men's Heritage 6" Premium Boot, Burnt Orange Worn Oiled, 10 D**
Brand New



$197.78
Buy It Now
**Free Shipping**
**Free Returns**



**Cobb Hill Rockport Women's Abilene Boot, Blue/Teal, 10 M US**
Brand New

**$186.82**
Buy It Now
Free Shipping
Free Returns
Only 1 left!
3 Watching

 FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**



**FRYE Women's Veronica Short Boot, Dark Brown Soft Vintage Leather, 8.5 M US**
Brand New

**$238.05**
Buy It Now
Free Shipping
Free Returns

FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**



**Pikolinos Women's Jerez Slip-On Loafer,Black/Black,39 EU/8.5-9 M US**
Brand New

**$180.81**
Buy It Now
Free Shipping
Free Returns
Only 1 left!
1 Watching

FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**



**Irish Setter Men's 83803 8" Work Boot,Brown,10.5 D US**
Brand New

**$168.70**
Buy It Now
Free Shipping
Free Returns

 FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**

**Belleville 6" Range Runner Hybrid Hiker, Color Mojave/Olive Green Coyote, Size:**
Brand New



**$228.66**
Buy It Now
**Free Shipping**
**Free Returns**



Dansko Women's Professional Clog, Plume Patent, 39 M EU 8.5-9 US
Brand New

**$157.08**
Buy It Now
**Free Shipping**
**Free Returns**



Naturalizer Women's Kala Boot, Bordo, 10 M US
Brand New

**$190.61**
Buy It Now
**Free Shipping**
**Free Returns**

FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**



Ariat Men's Workhog Mesteno Wide Square H2O Composite Toe Work Boot, Rust/Moss M
Brand New

**$244.19**
Buy It Now
**Free Shipping**
**Free Returns**

FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**

Bonsaii 4S23 8-Sheet Micro-Cut Shredder P-5 Security, Thermal Protection 6 4 120
Brand New



**$232.62**
Buy It Now
**Free Shipping**
**Free Returns**

 FAST 'N FREE
Estimated Delivery Mon, Nov. 5

---



VIPER Midnight 4500lb ATV/UTV Winch Kit with 50 feet BLACK Synthetic Rope
Brand New

**$244.24**
Buy It Now
**Free Shipping**
**Free Returns**

FAST 'N FREE
Estimated Delivery Mon, Nov. 5

---



Vasque Men's Mantra 2.0 Hiking Shoe,Dark Earth/Chili Pepper,10.5 W US
Brand New

**$150.44**
Buy It Now
**Free Shipping**
**Free Returns**

FAST 'N FREE
Estimated Delivery Mon, Nov. 5

---



Naughty Monkey Women's Zarape Chelsea Boot, Black, 6 M US
Brand New

**$178.70**
Buy It Now
**Free Shipping**
**Free Returns**

FAST 'N FREE
Estimated Delivery Mon, Nov. 5

---

Durango Men's DB594 11" Harness Boot Distressed Brown 13 EE - Wide
Brand New



**$157.82**
Buy It Now
**Free Shipping**
**Free Returns**

 FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**



[Wolverine Men's W04827 Buccaneer Boot, Dark Brown, 8.5 M US](#)
Brand New

**$166.81**
Buy It Now
**Free Shipping**
**Free Returns**

 FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**



[Lacrosse Men's Alpha Thermal 16" NMT Work Boot, Black, 11 M US](#)
Brand New

**$190.55**
Buy It Now
**Free Shipping**
**Free Returns**

 FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**



[Telesteps 1600E OSHA Compliant 16 ft Reach Telescoping Extension Ladder](#)
Brand New

**$305.12**
Buy It Now
**Free Shipping**
**Free Returns**

 FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**

[Lifetime Pro Courtside 48" Portable Basketball System with Basketball](#)



Brand New

**$182.74**
Buy It Now
**Free Shipping**
**Free Returns**



Otomix Black Stingray Escape Bodybuilding & Wrestling Shoes 9
Brand New

**$150.17**
Buy It Now
**Free Shipping**
**Free Returns**
Only 1 left!
1 Watching

FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**



Fasco F1B 80-16 LN 50-mm Stapler with 2-Inch Long Nose
Brand New

**$208.65**
Buy It Now
**Free Shipping**
**Free Returns**

FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**



Laredo Men's Hawk 6860 Western Boot,Black,7 D US
Brand New

**$151.28**
Buy It Now
**Free Shipping**
**Free Returns**

FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**

ECCO Men's Cool 2.0 Leather Gore-Tex Fashion Sneaker, Dark Shadow Leather, 43 M



Brand New
**$178.70**
Buy It Now
**Free Shipping**
**Free Returns**


FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**

---

[Rockport Men's Cold Springs Plus Moc Snow Boot- Brown-8 W](#)
Brand New
**$160.88**
Buy It Now
**Free Shipping**
**Free Returns**



---

[Master Lock Cash/Storage Box 11 In. X 7-3/4 In. X 4 In. Metal Construction](#)
Brand New
**$191.52**
Buy It Now
**Free Shipping**
**Free Returns**



---

[Irish Setter Men's 83909 Wellington Work Boot,Brown,8.5 D US](#)
Brand New
**$172.76**
Buy It Now
**Free Shipping**
**Free Returns**




FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**

---

[FRYE Men's Stone Engineer Boot, Espresso Polished Stonewash, 8 M US](#)
Brand New



**$190.59**
Buy It Now
**Free Shipping**
**Free Returns**

 FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**

---

 

Chippewa Men's 8" Insulated Steel Toe EH Logger Boot,Redwood,6 W US
Brand New

**$205.67**
Buy It Now
**Free Shipping**
**Free Returns**

 FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**

---



Thorogood 834-6888 Men's Gen-flex2 Series 8" Tactical Side Zip Jump Boot, Black
Brand New

**$157.08**
Buy It Now
**Free Shipping**
**Free Returns**

 FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**

---



Irish Setter Men's 6" 83605 Work Boot,Brown,10.5 D US
Brand New

**$202.29**
Buy It Now
**Free Shipping**
**Free Returns**

---

Rocky Men's Iron Clad 8" Waterproof Non-Steel Boot,Bridle,9.5 W US
Brand New



$162.94
Buy It Now
**Free Shipping**
**Free Returns**

 FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**

---



Bush Business Furniture Series A 36W Desk in Beech and Slate
Brand New

$182.70
Buy It Now
**Free Shipping**
**Free Returns**

 FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**

---



SOREL Women's Danica Short Non Shell Boot, Size: 8 BM US, Color Quarry/Black
Brand New

$180.31
Buy It Now
**Free Shipping**
**Free Returns**

 FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**

---



Wolverine Men's W02421 Raider Boot, Brown, 10.5 M US
Brand New

$160.88
Buy It Now
**Free Shipping**
**Free Returns**

 FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**

---

Miz Mooz Women's LUNA Boot, 1-Black, 9 M US
Brand New



**$178.66**
Buy It Now
**Free Shipping**
**Free Returns**



FootJoy Men's Pro SL White/Black/Silver 11 W US W
Brand New

**$151.28**
Buy It Now
**Free Shipping**
**Free Returns**



SOREL Mens 1964 Premium T WI Cold Weather Boot, Elk/Black, 14 BM US
Brand New

**$154.87**
Buy It Now
**Free Shipping**
**Free Returns**

FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**



Bates Mens GX-8 8 Inch Ultra-Lites Zip Uniform Work Boot, Desert, 10.5 M US
Brand New

**$162.89**
Buy It Now
**Free Shipping**
**Free Returns**

FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**

Dansko Women's Shirley Ankle Bootie, Grey Nubuck, 42 EU/11.5-12 M US
Brand New



**$186.42**
Buy It Now
**Free Shipping**
**Free Returns**

 FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**



Vasque Men's Mantra 2.0 Gore-Tex Hiking Boot, Beluga/Old Gold,11 M US
Brand New

**$166.07**
Buy It Now
**Free Shipping**
**Free Returns**

FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**



Sperry Top-Sider Women's Saltwater Rain Boot 9 BM US, Graphite
Brand New

**$161.99**
Buy It Now
**Free Shipping**
**Free Returns**



SOREL Women's Meadow Lace Boot, Elk, 8.5 M US
Brand New

**$151.96**
Buy It Now
**Free Shipping**
**Free Returns**

 FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**



Alegria Women's Alli Flat,Black Silver Rose,36 EU/6-6.5 M US
Brand New

**$154.86**
Buy It Now
**Free Shipping**
**Free Returns**

 FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**



**Dolce Vita Women's Saylor Ankle Bootie, Dark Grey, 6 M US**
Brand New

**$162.54**
Buy It Now
**Free Shipping**
**Free Returns**

 FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**



**Lacrosse Men's Alphaburly Pro 18" 800G Knee High Boot, Optifade Timber, 8 M US**
Brand New

**$209.35**
Buy It Now
**Free Shipping**
**Free Returns**

 FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**

**Dolce Vita Women's Jaegar Boot, Black, 6 M US**
Brand New

**$161.96**
Buy It Now
**Free Shipping**
**Free Returns**

 FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**



**Baffin Men's Shackleton Snow Boot,Black,12 M US**
Brand New

**$252.66**
Buy It Now
**Free Shipping**
**Free Returns**

FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**

**La Sportiva Men's Ultra Raptor Trail Running Shoe,Black/Yellow,44 EU/10.5 M US**
Brand New



**$151.33**
Buy It Now
**Free Shipping**
**Free Returns**

 FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**

---



Apera Instruments PH700 Benchtop Lab pH Meter, 0.01 pH Accuracy, 1-3 Points Auto
Brand New

**$244.34**
Trending at $269.25 
Buy It Now
**Free Shipping**
**Free Returns**

FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**

---



Chippewa Men's 6" 20067 Lace Up Boot,Tan,11 2E US
Brand New

**$221.46**
Buy It Now
**Free Shipping**
**Free Returns**

FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**

---



La Sportiva Bushido Running Shoe - Men's, Carbon Apple Green, 46
Brand New

**$151.31**
Buy It Now
**Free Shipping**
**Free Returns**

FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**

---

Genuine GM 15305191 175 Amp Fuse
Brand New



**$12.07**
Buy It Now
**Free Shipping**
**Free Returns**



**L'Artiste by Spring Step Women's Emese Ankle Bootie, Black, 40 EU/9 M US**
Brand New

**$197.78**
Buy It Now
**Free Shipping**
**Free Returns**

FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**



**Cole Haan Women's Zerogrand Hikr Boot, Chestnut, 5 B US**
Brand New

**$160.24**
Buy It Now
**Free Shipping**
**Free Returns**

FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**



**Durango Men's DB5474 Boot, dusk velocity/bark brown, 10.5 2E US**
Brand New

**$162.89**
Buy It Now
**Free Shipping**
**Free Returns**

FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**



**Crocs Unisex-Adult Crocband Clog, Chambray Blue/Paradise Pink, 7 US Men / 9 US**
Brand New

**$47.91**
Buy It Now
**Free Shipping**
**Free Returns**

FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**

**Rockport Men's Ackerley Waterproof Boot- Chocolate-9 W**
Brand New



$176.63
Buy It Now
**Free Shipping**
**Free Returns**


FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**



STEVEN by Steve Madden Women's Criss Flat, Bronze, 7 M US
Brand New

$166.94
Buy It Now
**Free Shipping**
**Free Returns**



SOREL Women's Glacy Snow Boot, Black, 8.5 M US
Brand New

$92.90
Buy It Now
**Free Shipping**
**Free Returns**

FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**



Miz Mooz Women's Bloom Boot, Forest, 6.5 M US
Brand New

$232.58
Buy It Now
**Free Shipping**
**Free Returns**

Irish Setter Men's 83804 8" Aluminum Toe Work Boot,Brown,11 EE US
Brand New



$184.65
Buy It Now
**Free Shipping**
**Free Returns**


FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**



SOREL Women's Addington Tall Knee High Boot, Kettle, Cordovan, 8.5 M US
Brand New

$220.02
Buy It Now
**Free Shipping**
**Free Returns**

FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**



Oboz Men's Sawtooth Low Bdry Multisport Shoe,Walnut,11 M US
Brand New

$162.95
Buy It Now
**Free Shipping**
**Free Returns**

FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**



Steve Madden Women's Beacon Fashion Boot, Taupe Suede, 10 M US
Brand New

$151.28
Buy It Now
**Free Shipping**
**Free Returns**

FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**

Bates Men's GX-8 8 Inch Ultra-Lites Zip Uniform Work Boot, Desert, 12 M US
Brand New



$162.89
Buy It Now
**Free Shipping**
**Free Returns**

 **FAST 'N FREE**
Estimated Delivery Mon, Nov. 5



CLARKS Women's Carleta Crane Ankle Bootie, Black, 8 M US
Brand New

$178.72
Buy It Now
**Free Shipping**
**Free Returns**

 **FAST 'N FREE**
Estimated Delivery Mon, Nov. 5



Pajar Men's Trooper Boot, Dark Brown, 40 EU/7 M US
Brand New

$192.90
Buy It Now
**Free Shipping**
**Free Returns**
Only 1 left!

🚚 **FAST 'N FREE**
Estimated Delivery Mon, Nov. 5



ECCO Men's Whistler GTX Mid Boot, Cocoa Brown, 45 EU/11-11.5 M US
Brand New

$210.82
Buy It Now
**Free Shipping**
**Free Returns**

🚚 **FAST 'N FREE**
Estimated Delivery Mon, Nov. 5

Ariat Men's Overdrive 6" Composite Toe Work Boot, Dark Brown, 8.5 M US
Brand New





$197.73
Buy It Now
**Free Shipping**
**Free Returns**

FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**



Red Wing Heritage Men's 8" Classic Moc Toe Boot, Oro Legacy, 11 M US
Brand New

$323.97
Buy It Now
**Free Shipping**
**Free Returns**

FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**



Inov-8 Men's Fastlift 335 Weight-Lifting Shoe, Thyme/Black/Orange, 9 M US
Brand New

$190.61
Buy It Now
**Free Shipping**
**Free Returns**

FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**



SOREL Women's Glacy Snow Boot, Redwood, 5 M US
Brand New

$137.10
Buy It Now
**Free Shipping**
**Free Returns**

FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**

Teva Men's M Arrowood Mid Waterproof Hiking Boot, Bison, 11 M US
Brand New



**$166.77**
Buy It Now
**Free Shipping**
**Free Returns**



Salomon Women's X Ultra 3 Mid GTX W Hiking Boot,Crown Blue,7.5 M US
Brand New

**$186.12**
Buy It Now
**Free Shipping**
**Free Returns**



Donald J Pliner Men's Dacio Suede Slip-OnExpresso9 M US
Brand New

**$311.61**
Buy It Now
**Free Shipping**
**Free Returns**

 FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**



Wolverine Men's 8 Inch Durashock High Performance Work Boot,Stone,9 M US
Brand New

**$213.20**
Buy It Now
**Free Shipping**
**Free Returns**

FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**



Bogs Men's Ultra Mid Insulated Waterproof Work Rain Boot, Black, 7 DM US
Brand New

**$151.28**
Buy It Now
**Free Shipping**
**Free Returns**

FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**




**SOREL Men's Manawan NM1466 Slipper,NM1466,Bark,10 M**

Brand New

**$90.55**
Buy It Now
**Free Shipping**
**Free Returns**
**Only 1 left!**
**2 Watching**

🚚 **FAST 'N FREE**
Estimated Delivery **Mon, Nov. 5**




**Cole Haan Men's Kennedy Wingtip II Fashion Boot, Java, 12 Medium US**

Brand New

**$261.95**
Buy It Now
**Free Shipping**
**Free Returns**

🚚 **FAST 'N FREE**
Estimated Delivery **Mon, Nov. 5**




**SOREL Women's Glacy Snow Boot, Black, 7.5 M US**

Brand New

**$116.46**
Buy It Now
**Free Shipping**
**Free Returns**

🚚 **FAST 'N FREE**
Estimated Delivery **Mon, Nov. 5**



**Johnston & Murphy Men's Aragon II Slip-on Loafer,Black/Brown,10.5 M**

Brand New

**$258.94**
Buy It Now
**Free Shipping**
**Free Returns**

**Stetson Men's Jack Riding Boot, Brown, 10 EE US**

Brand New



**$234.58**
Buy It Now
**Free Shipping**
**Free Returns**

 FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**

ECCO Men's Biom Fjuel Tie Walking Shoe, Marine/Cobalt, 43 EU/9-9.5 M US
Brand New

**$153.75**
Buy It Now
**Free Shipping**
**Free Returns**

Merrell Chameleon II Stretch
Brand New



**$178.58**
Buy It Now
**Free Shipping**
**Free Returns**

FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**



Schumacher SE-6030 4/30/60/300 Amp Manual Wheel Charger
Brand New

**$264.15**
Buy It Now
**Free Shipping**
**Free Returns**

FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**



Dingo Women's Heart Throb Western Boot,Rust Triad,9 M US
Brand New



**$236.98**
Buy It Now
**Free Shipping**
**Free Returns**


FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**

Warner Bros. DC Super Hero Girls Cosmic Girl Twin Sheet Set
Brand New



**$67.70**
Buy It Now
**Free Shipping**
**Free Returns**

FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**

Carlos by Carlos Santana Women's Delia Slouch Boot, Black, 8 M US
Brand New



**$150.76**
Buy It Now
**Free Shipping**
**Free Returns**

Salomon Unisex S-Lab Xa Amphib Running Sneakers, Black Manmade, Mesh, 12 D
Brand New



**$214.33**
Buy It Now
**Free Shipping**
**Free Returns**

FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**

Star Micronics TSP143IIIBi Bluetooth Thermal Receipt Printer for iOS, Android, -
Brand New



**$332.91**
Trending at $373.16 
Buy It Now
**Free Shipping**
**Free Returns**

 FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**



Red Wing Heritage Men's Iron Ranger Work Boot, Copper Rough and Tough, 9 D US
Brand New

**$368.34**
Buy It Now
**Free Shipping**
**Free Returns**

 FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**



Windsor Glider and Ottoman, White with Gray Cushion
Brand New

**$151.32**
Buy It Now
**Free Shipping**
**Free Returns**

 FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**



Bates Men's Talimena Motorcycle Boot,Black,9.5 M US
Brand New

**$190.59**
Buy It Now
**Free Shipping**
**Free Returns**

 FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**



Red Wing Heritage Men's 6 inch Moc Work Boot, Concrete Rough and Tough, 7 D US
Brand New

**$325.54**
Buy It Now
**Free Shipping**
**Free Returns**

 FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**



Cole Haan Men's Adams Grand Chukka Boot, Muir, 8.5 M US
Brand New

**$162.94**
Buy It Now
**Free Shipping**
**Free Returns**



Chaco Women's HOPI-W Hiking Boot, Black, 9.5 M US
Brand New

**$183.75**
Buy It Now
**Free Shipping**
**Free Returns**

 FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**



Pikolinos Men's Fuencarral 15A-6207 Shoe,Light Brown,46 EU/12.5 M US
Brand New

**$190.55**
Buy It Now
**Free Shipping**
**Free Returns**

 FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**



Blundstone Work Series 990,Black, 5 UK/6 M US
Brand New

**$191.93**
Buy It Now
**Free Shipping**
**Free Returns**

 FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**

Mainstays Corner Workstation, Cherry with Black Accents
Brand New



**$168.24**
Buy It Now
**Free Shipping**
**Free Returns**



[NAOT Women's Kumara Flat, Black, 41 EU/10 M US](#)
Brand New

**$208.24**
Buy It Now
**Free Shipping**
**Free Returns**

🚚 **FAST 'N FREE**
Estimated Delivery **Mon, Nov. 5**



[Pajar Women's Greenland Boot,Black,37 M EU/6-6.5 BM US](#)
Brand New

**$175.38**
Buy It Now
**Free Shipping**
**Free Returns**

[Baffin Men's Colorado Snow Boot,Black,13 M US](#)
Brand New

**$168.74**
Buy It Now
**Free Shipping**
**Free Returns**

[ECCO Men's Intrinsic 3 Fashion Sneaker, Black Leather, 46 EU/12-12.5 M US](#)



Brand New

**$209.35**
Buy It Now
**Free Shipping**
**Free Returns**


FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**

---



90 Degree By Reflex - High Waist Power Flex Legging – Tummy Control - Black XL
Brand New

**$26.71**
Buy It Now
**Free Shipping**
**Free Returns**


FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**

---



Dolce Vita Women's Cassius Ankle Boot, Black Nubuck, 8.5 Medium US
Brand New

**$166.82**
Buy It Now
**Free Shipping**
**Free Returns**


FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**

---



Dolce Vita Women's Cassius Ankle Boot, Taupe Suede, 7.5 Medium US
Brand New

**$166.82**
Buy It Now
**Free Shipping**
**Free Returns**


FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**

---

Bullet Journal: Dark Pink/Purple Marble Ink Notebook Dotted Grid 5.5 x 8.5, 110
Brand New



**$6.14**
Buy It Now
**Free Shipping**
**Free Returns**
Only 1 left!
2 Watching

 FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**



Finn Comfort Unisex Linz Boot,Black/Brown/Nevada,40 EU US Men's 7 M/Women's 9 M
Brand New

**$389.43**
Buy It Now
**Free Shipping**
**Free Returns**

 FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**



Ahnu Women's Montara Rain Boot, Dark Grey, 6 M US
Brand New

**$196.49**
Buy It Now
**Free Shipping**
**Free Returns**

 FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**



CLARKS Men's Ryerson Peak Winter Boot, Brown Tumble, 7.5 M US
Brand New

**$214.39**
Buy It Now
**Free Shipping**
**Free Returns**

Pure - Fit Keto - Keto Ultra Diet - Keto Salts - Magnesium, Calcium, and Sodium
Brand New



**$28.98**
Trending at $29.75 
Buy It Now
Free Shipping
Free Returns

FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**



Modern Square PU Leather Adjustable Bar Stools With Back,Set of 2,Counter Height
Brand New

**$278.16**
Buy It Now
Free Shipping
Free Returns



Laredo Men's Laramie Western Boot, Rust, 9.5 XW US
Brand New

**$162.89**
Buy It Now
Free Shipping
Free Returns
Only 1 left!

FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**



Triomph Precision Body Fat Scale with Backlit LCD Digital Bathroom Scale For and
Brand New

**$27.04**
Buy It Now
Free Shipping
Free Returns

FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**

Original Chippewa Collection Men's 1901M26 6 Inch Service Utility Boot, Tan 10 D



Brand New

**$338.25**
Buy It Now
**Free Shipping**
**Free Returns**



90 Degree Gy Reflex Women's High Waist Athletic Leggings with Smartphone Pocket
Brand New

**$26.71**
Buy It Now
**Free Shipping**
**Free Returns**

 FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**



Blundstone Unisex Original 500 Series, Stout Brown, 7 M US Mens/9 M US Womens/6
Brand New

**$203.54**
Buy It Now
**Free Shipping**
**Free Returns**



Naturalizer Women's Dev Riding Boot, Saddle, 9 W US
Brand New

**$190.95**
Buy It Now
**Free Shipping**
**Free Returns**

 FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**

Crocs Men's 15581 Classic Realtree Xtra Clog, Khaki, 13 M US
Brand New



$124.87
Buy It Now
Free Shipping
Free Returns
**Only 1 left!**
2 Watching

---



Hathorn Men's Traveler Boot,Distressed Brown,11 D US
Brand New

$387.99
Buy It Now
**Free Shipping**
**Free Returns**

 **FAST 'N FREE**
Estimated Delivery **Mon, Nov. 5**

---



Franco Sarto Women's Ollie Over The Knee Boot, Dover Taupe, 8.5 M US
Brand New

$228.50
Buy It Now
**Free Shipping**
**Free Returns**

**FAST 'N FREE**
Estimated Delivery **Mon, Nov. 5**

---



Dan Post Women's Liberty Western Boot,Tan,7 M US
Brand New

$185.97
Buy It Now
**Free Shipping**
**Free Returns**

---

Conceptual Physical Science Explorations
Brand New



**$195.26**
Buy It Now
**Free Shipping**
**Free Returns**

 FAST 'N FREE
Estimated Delivery Mon, Nov. 5

---



Merrell Women's Moab FST Mid Waterproof Hiking Boot, Boulder, 9.5 M US
Brand New

**$166.77**
Buy It Now
**Free Shipping**
**Free Returns**

FAST 'N FREE
Estimated Delivery Mon, Nov. 5

---



Dr. Brown's Deluxe Bottle Sterilizer
Brand New

**$64.95**
Buy It Now
**Free Shipping**
**Free Returns**

FAST 'N FREE
Estimated Delivery Mon, Nov. 5

---



Miz Mooz Women's Dale Ankle Boot, Slate, 7 M US
Brand New

**$182.08**
Buy It Now
**Free Shipping**
**Free Returns**

FAST 'N FREE
Estimated Delivery Mon, Nov. 5

---



FRYE Women's Ray Seam Short Boot, Camel Soft Oiled Leather, 8.5 M US
Brand New

**$197.68**
Buy It Now
**Free Shipping**

FAST 'N FREE
Estimated Delivery Mon, Nov. 5

Free Returns

---



**ADC Adscope 600 Platinum Series Cardiology Stethoscope with Tunable AFD 27 inch**
Brand New

**$154.73**
Buy It Now
**Free Shipping**
**Free Returns**

 FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**

---



**Alegria Womens Dayna Slip On Ice Ice Baby 38 M EU**
Brand New

**$154.87**
Buy It Now
**Free Shipping**
**Free Returns**

---



**Poulan Pro 967087101 48cc Backpack Blower**
Brand New

**$201.66**
Buy It Now
**Free Shipping**
**Free Returns**

 FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**

---



**Cole Haan Women's Tali Mini Bow Studded Sandal, Black Patent, 7.5 B US**
Brand New

**$168.83**
Buy It Now
**Free Shipping**
**Free Returns**
Only 1 left!

 FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**

---

**Marc Joseph New York Women's Cypress Hill Celeste Grainy Driver 7.5**
Brand New



$180.85
Buy It Now
**Free Shipping**
**Free Returns**
Only 1 left!

FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**



Baffin Women's Coco Insulated Suede Winter Boot,Taupe,7 M US
Brand New

$154.93
Buy It Now
**Free Shipping**
**Free Returns**

FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**



Asolo Men's TPS 520 GV EVO Chestnut Boot 13 D M
Brand New

$366.14
Buy It Now
**Free Shipping**
**Free Returns**



Kamik Men's Fargo Snow Boot,Black,8 M US
Brand New

$71.34
Buy It Now
**Free Shipping**
**Free Returns**

FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**



NAOT Men's Lappland Flat Sandal, Gray, 42 EU/9 M US



Brand New

**$159.99**
Buy It Now
**Free Shipping**
**Free Returns**


FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**



SHOP FOX W1704 1/3-Horsepower Benchtop Lathe
Brand New

**$267.48**
Buy It Now
**Free Shipping**
**Free Returns**



JJ Cole Car Seat Cover, Pink
Brand New

**$55.12**
Buy It Now
**Free Shipping**
**Free Returns**



Irish Setter Men's 6" 83605 Work Boot,Brown,8.5 D US
Brand New

**$157.40**
Buy It Now
**Free Shipping**
**Free Returns**
Only 1 left!


FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**

FRYE Women's Leslie Artisan Short Boot, Wheat, 8.5 M US
Brand New



$284.72
Buy It Now
**Free Shipping**
**Free Returns**


FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**

Timberland PRO Men's Rip Saw Comp Toe Logger Work Boot,Black,10 M US
Brand New



$267.10
Buy It Now
**Free Shipping**
**Free Returns**

Baffin Men's Selkirk Snow Boot,Black/Expedition Gold,9 M US
Brand New



$281.00
Buy It Now
**Free Shipping**
**Free Returns**

FRYE Women's Tamara Shearling OTK Winter Boot, Taupe, 8 M US
Brand New



$318.05
Buy It Now
**Free Shipping**
**Free Returns**
Only 1 left!


FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**

Dunham Men's Johnson Waterproof Boot,Black,20 4E US



Brand New

**$180.81**
Buy It Now
**Free Shipping**
**Free Returns**
Only 1 left!


FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**

---



Heelys Men's Propel 2.0 Black Black Red Roller Skate Shoes Sneakers 10

Brand New

**$48.35**
Trending at $49.88 ⓘ
Buy It Now
**Free Shipping**
**Free Returns**
Only 1 left!
1 Watching

FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**

---

SOREL Women's Joan of Arctic Boot,Black/Stone,9 BM US

Brand New

**$170.20**
Buy It Now
**Free Shipping**
**Free Returns**




---



ECCO Men's Scinapse Tie Fashion Sneaker, Black/Black, 45 EU/11-11.5 M US

Brand New

**$150.16**
Buy It Now
**Free Shipping**
**Free Returns**


FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**

---

Durango Men's Farm and Ranch FR104 Western Boot,Burly Brown,12 W US

Brand New



$174.51
Buy It Now
**Free Shipping**
**Free Returns**
Only 1 left!

 FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**



Balance Men's 520v1 Sneaker, Team Forest Green/Varsity Gold, 10 D US
Brand New

$187.85
Buy It Now
**Free Shipping**
**Free Returns**

FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**



Bullworker 20" Steel Bow - Full Body Workout - Portable Home Gym Isometric for
Brand New

$151.32
Buy It Now
**Free Shipping**
**Free Returns**
Only 1 left!

FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**



DuraBox Through-The-Door Locking Drop Box D500
Brand New

$150.17
Buy It Now
**Free Shipping**
**Free Returns**

FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**

Bed|Stu Women's Isla Ankle Bootie, Sand Rustic, 9 M US
Brand New



**$260.61**
Buy It Now
**Free Shipping**
**Free Returns**

 FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**

---



[CLARKS Women's Cheyn Madi Loafer, Black Scrunch Leather, 7.5 M US](#)
Brand New

**$44.82**
Buy It Now
**Free Shipping**
**Free Returns**
Only 1 left!
2 Watching

 FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**

---



[Diono Radian 3R All-in-One Convertible Car Seat, for Children from Birth to 100](#)
Brand New

**$238.16**
Buy It Now
**Free Shipping**
**Free Returns**

 FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**

---



[Crocs unisex-adult Crocband Clog, navy, 13 US Men / 15 US Women](#)
Brand New

**$25.87**
Buy It Now
**Free Shipping**
**Free Returns**
Only 1 left!
9 Watching

FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**

---

[CLARKS Women's Medora Nina Flat, Black Nubuck, 8.5 M US](#)
Brand New



**$222.15**
Buy It Now
**Free Shipping**
**Free Returns**



Hillsdale 4442-802 Dining Chair Set, Black Gold/Slate Mosaic
Brand New

**$200.97**
Buy It Now
**Free Shipping**
**Free Returns**

 FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**



Vasque Men's Talus Ultradry Hiking Boot,Turkish Coffee/Chili Pepper,8 M US
Brand New

**$191.97**
Buy It Now
**Free Shipping**
**Free Returns**



Wolverine Men's W02419 Raider Boot, Brown, 13 M US
Brand New

**$157.98**
Buy It Now
**Free Shipping**
**Free Returns**

 FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**

Red Wing Heritage Men's 8" Classic Moc Toe Boot, Oro Legacy, 10 M US
Brand New



**$337.17**
Buy It Now
**Free Shipping**
**Free Returns**

 FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**

---

Marc Joseph New York Men's Leather Union Street Driver Driving Style Loafer, 10
Brand New



**$153.75**
Buy It Now
**Free Shipping**
**Free Returns**

FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**

---

ECCO Men's Scinapse Tie Fashion Sneaker, Black/Black, 41 EU/7-7.5 M US
Brand New



**$155.28**
Buy It Now
**Free Shipping**
**Free Returns**

FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**

---

ECCO Men's Rugged Track GTX Tie-M, Dark Clay/Coffee, 44 EU/10-10.5 M US
Brand New



**$261.89**
Buy It Now
**Free Shipping**
**Free Returns**

FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**

---

Red Wing Heritage Iron Ranger 6-Inch Boot, Amber Harness, 11.5 W EE US
Brand New



**$379.84**
Buy It Now
**Free Shipping**
**Free Returns**

 FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**



Salomon Unisex Spikecross 3 CS Black/Radiant Red/White Sneaker Men's 10, Women's

Brand New

**$216.74**
Buy It Now
**Free Shipping**
**Free Returns**



ARIAT WOMEN Fatbaby II Western Cowboy Boot, Black Deertan/Orchid, 8 M US

Brand New

**$104.82**
Buy It Now
**Free Shipping**
**Free Returns**
Only 1 left!
5 Watching

 **FAST 'N FREE**
Estimated Delivery Mon, Nov. 5



Oboz Men's Bridger BDRY Hiking Boot,Black,11 M US

Brand New

**$208.44**
Buy It Now
**Free Shipping**
**Free Returns**
Only 1 left!

 **FAST 'N FREE**
Estimated Delivery Mon, Nov. 5



ECCO Men's Cage Pro Boa Golf Shoe, Black, 43 EU/9-9.5 M US

Brand New

**$178.16**
Buy It Now
**Free Shipping**
**Free Returns**
Only 1 left!

 **FAST 'N FREE**
Estimated Delivery Mon, Nov. 5

Vionic Cozy Juniper Moccasin Slipper Loafer Shoe - Chestnut - Womens - 8

Brand New






**$228.66**
Buy It Now
**Free Shipping**
**Free Returns**

FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**



**FLY London Women's Yip Ankle Bootie, Ocean Oil Suede, 40 EU/9-9.5 M US**
Brand New

**$163.56**
Buy It Now
**Free Shipping**
**Free Returns**
Only 1 left!

FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**



**Air Compressor 6 Gal**
Brand New

**$196.01**
Buy It Now
**Free Shipping**
**Free Returns**



**OLUKAI Mea Ola Slide Sandal - Men's Dark Java/Dark Java 12**
Brand New

**$154.87**
Buy It Now
**Free Shipping**
**Free Returns**

FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**

**Dansko Women's Maria Ankle Bootie, Light Grey Milled Nubuck, 42 EU/11.5-12 M US**
Brand New



$162.04
Buy It Now
**Free Shipping**
**Free Returns**



Chaco National Park Z/2 Sandal - Men's Smoky Sunrise, 10.0
Brand New

$154.87
Buy It Now
**Free Shipping**
**Free Returns**

 FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**



NAOT Women's Rongo Flat, Quartz Leather/Dusty Silver Leather, 41 EU/9.5-10 M US
Brand New

$161.57
Buy It Now
**Free Shipping**
**Free Returns**

FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**



Gendered Lives
Brand New

$160.25
Buy It Now
**Free Shipping**
**Free Returns**



Johnston & Murphy Men's Copeland Chukka Boot,Tan Oiled Full Grain,9.5 M US
Brand New

$380.84
Buy It Now
**Free Shipping**
**Free Returns**

FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**

FRYE Women's Jackie Button Riding Boot, Slate, 7 M US



Brand New

**$426.40**
Buy It Now
**Free Shipping**
**Free Returns**

 FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**

---



Ariat Women's Unbridled Roper Western Cowboy Boot, Distressed Brown, 7.5 M US
Brand New

**$151.28**
Buy It Now
**Free Shipping**
**Free Returns**

 FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**

---



Titan Mall Supplies Storage Bins Stackable Storage Bins for, Files, Beers, 15 X
Brand New

**$33.44**
Buy It Now
**Free Shipping**
**Free Returns**

 FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**

---



Dansko Women's Camryn Winter Boot, Brown Burnished Nubuck, 36 EU/5.5-6 M US
Brand New

**$279.67**
Buy It Now
**Free Shipping**
**Free Returns**

Fancierstudio 2400 Watt Chromakey Green Screen Video Lighting Kit With Softbox

Brand New

**$162.94**
Buy It Now
**Free Shipping**
**Free Returns**

 FAST 'N FREE
Estimated Delivery **Mon, Nov. 5**

Tell us what you think

< | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | >

Items per page: 200

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2018 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ

*Learn about pricing

This page was last updated:  Oct-31 03:43. Number of bids and bid amounts may be slightly out of date. See each listing for international shipping options and costs.

| | | |
|---|---|---|
| WEIFANG TENGYI JEWELRY | ) | |
| TRADING CO., LTD | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 18-cv-4651 |
| | ) | |
| v. | ) | **Judge Gary S. Feinerman** |
| | ) | |
| | ) | **Magistrate Judge Jeffrey Gilbert** |
| | ) | |
| 1M SUNSHINE et al. | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**<u>EXHIBIT N</u>**

**ULOVEIDO--INTUII DFENDANT--yapura--ANALYSIS**

| Page No. | Listing title |
|---|---|
| 1 | Cozy Fleece Down Alternative Blanket with Satin Trim, King, Ivory |
| 2 | Cozy Fleece Comfort Collection Velvet Plush Sheet Set, Queen, Scarlet, 1 Sheet |
| 3 | Hallmark Christmas Ornament Friends Central Perk |
| 4 | 8 New NGK Iridium IX Spark Plugs TR5IX # 7397 |
| 5 | 3 Pack - Just Crunch Anti-Soggy Cereal Bowl - Keeps Cereal Fresh and Crunchy \| \| |
| 6 | Dr Teals Epsom Salt Soaking Solution, Detoxify & Energize, Ginger & Clay, 3lbs |
| 7 | Jellypop Women's Dallas Sneaker, White, 8 Medium US |
| 8 | Big Tree Farms Organic Coconut Palm Sugar, Blonde, 2 Pounds |
| 9 | Cocofloss 3-Pack Coconuts |
| 10 | Peanuts Snoopy 5 Pk No Show Socks Size 9-11 Unisex |
| 11 | Ibitta Pinalinaza Flaxseed, Cactus and Fruit Powder Natural Colon Cleanse Detox, |
| 12 | Overland Single-Pelt 2' x 3.5' Premium Australian Sheepskin Rug |
| 13 | Bruntmor Pre-Seasoned Hibachi-Style Portable Cast Iron Charcoal BBQ Grill |
| 14 | SnoFlock The Original Premium Artificial Decorative Self-Adhesive Snow Flock \| \| |
| 15 | Digital Optical Audio Cable 6 Feet - Flawless Audio, Secure Connection - iVanky |
| 16 | Tadin Tea, Pasiflora - Passion Flower Tea, 24 Tea Bags |
| 17 | MG Chemicals SUPER SHIELD Nickel Conductive Coating, Nickel, 12 oz, Aerosol |
| 18 | ChromaCast CC-MGB-BAG-L Large Musicians Gear Bag & Double Bass Drum Pedal Carry |
| 19 | Graduated Bomex Beaker Set 50 100 250 600 and 1000ml glass |
| 20 | Crocs Women's Capri Flip-Flop, Black/Graphite, 9 M US |
| 21 | Adult Washcloth Disposable Moist Wipes - 12 X 8 - 240 Pk |
| 22 | Primos Power Owl Call |
| 23 | Ultrafine Unicolor C-41 Powder Developer Kit 1 Liter |
| 24 | TRUMiRR 22mm Crystal Rhinestone Diamond Watch Band Quick Release Stainless Steel |
| 25 | Kydex Plastic Sheet Black 12" X 24" X .080" |
| 26 | BOOSTane Professional Octane Booster Quart Bottle |
| 27 | usmile XSU220 220mm Carbon Fiber Quadcopter Quad X Frame for FPV Drone racing II |
| 28 | PFERD 17301Pferd Cs-X Chain Sharp Filing Guide - 3/16" |

| | |
|---|---|
| 29 | Body Drench Quick Tan Instant Self Tanning Spray, Medium Dark, 6 oz Pack of 3 |
| 30 | Ivysport Harvard University Sweatshirt Classic Logo, 85% Cotton / 15% Polyester, |
| 31 | Dermactin-TS Line Eraser 90 Sec Wrinkle Reducer, 2.4 Ounce |
| 32 | Like New Yamaha NS-6490 3-Way Bookshelf Speakers Finish Pair Black |
| 33 | Housmile Nebulizing Pure Essential Oil Aromatherapy Diffuser Waterless Aroma - |
| 34 | Angelus Leather Shoe, Boot Shine & Dye with Applicator, 3 oz, Black |
| 35 | Cozy Fleece Comfort Collection Velvet Plush Sheet Set, Full, Black, 1 Sheet Set |
| 36 | Hurley One and Only Black White Hat Flex Fit - Black - Mens - S/M |
| 37 | Dr.Fish 12 Pack Rooster Tail Spinners Lures Bass Trout Salmon Walleye Fishing |
| 38 | Taylors of Harrogate Tea Room Blend Loose Leaf, 4.41 Ounce Tin |
| 39 | Red Robin Original Blend Signature Seasoning, 4 Ounce |
| 40 | Proclaim Color & Heat Protection Glossing Polish |
| 41 | LEPOWER Wood Desk Lamp, Adjustable Metal Lamp Shade Table Lamp, Industrial Retro |
| 42 | Prismacolor Premier Illustration Markers, Fine Tip, Black, Set of 5 |
| 43 | Organic Beet Juice Powder - Filled with Natural Nitrates Nitric Oxide & 114 22 |
| 44 | Penaten Creme Cream - 50ml |
| 45 | AirBake Nonstick Pizza Pan, 15.75 in |
| 46 | BEARPAW 1257W-205-M100 Women's Abby Cow Suede Chocolate Leather Winter Boot, 6" |
| 47 | Bigelow Constant Comment Black Tea, 40 Count Box 2.37OZ |
| 48 | ZAR 12906 Wood Stain, Aged Varnish/Amber |
| 49 | Purina ONE SmartBlend True Instinct Natural With Real Turkey & Venison Adult Dry |
| 50 | Harney & Sons Vanilla Comoro Tea Tin - Decaffeinated and, Great Present Idea - |
| 51 | Angelkiss Women Top Handle Satchel Handbags Shoulder Bag Messenger Tote Washed |
| 52 | MasterPieces Works of Ahhh Holiday Nutcracker Mouse King Wood Paint Kit |
| 53 | Swee Touch Nee Tea Bag, 100 Bags |
| 54 | Performance Tool W2919 Adjustable Cable Tie Gun |
| 55 | Tokyomilk Light Awaken Within No. 02 Parfum |
| 56 | Eximius Power Professional Bartender Cocktail Shaker Set | 7pc Bar tools kit & | |
| 57 | Reflections Silver Plastic Cutlery - 160 Piece |

| 58 | VAMPIRINA Scream-Tastic Hearse |
|----|-------------------------------|
| 59 | Paris Hilton Can Can by Paris Hilton For Women. Eau De Parfum Spray 1.7-Ounces |
| 60 | Aqua Sphere Zip VX Fitness Swim Fins, Lime/Blue, Large |
| 61 | Avon's Iron Man Cologne |
| 62 | Empire Scientific EPP-142S Replacement Battery for RCA EP-096FL/MINOLTA VBP-166 |
| 63 | FAO Schwarz {75 Piece Set} Wooden Castle Building Blocks Set Toy Solid Wood Kit |
| 64 | 100% Pure USDA Organic Essential Bulgarian Rose Oil Real Rose Otto - from Rose |
| 65 | ElimiTag Skin Tag Remover 15ml |
| 66 | Drakkar essence for men by guy laroche 6.7 oz eau de toilette spray |
| 67 | FolkArt Multi-Surface Paint in Assorted Colors 2 oz, 2901, Apple Red |
| 68 | Meow Mix Tender Favorites Poultry and Beef Variety Pack Wet Cat Food, 2.75 oz, |
| 69 | North States Village Collection Around Town-Birdfeeder-School House |
| 70 | RecPro CLUB CAR PRECEDENT GOLF CART LIGHT KIT W/ LED TAIL LIGHTS FOR YEARS |
| 71 | Glutaraldehyde Cold Sterilization Solution 14 Day 1 Quart |
| 72 | Bali's Best Classic Iced Tea Candy - 42 pieces - 5.3 Oz |
| 73 | Better Grip Safety Winter Insulated Double Lining Rubber Coated Work Gloves, 3 |
| 74 | Edens Garden Frankincense- Carterii 30 ml 100% Pure Undiluted Therapeutic Grade |
| 75 | Rehydrate Pro Rosegold 25oz Double-Insulated Stainless Steel Water Vacuum Bottle |
| 76 | Salt and Pepper Grinder Set of 2 - Tall Salt and Pepper Shakers with Adjustable |
| 77 | Fit & Fresh Womens Vienna Insulated Lunch Bag with Ice Pack, Signature Cooler or |
| 78 | Adhesive Technologies W220-34ZIP30 Hot Glue Sticks, Clear, 30 Piece |
| 79 | CLARKS Women's Leisa Higley Slide Sandal, Black Leather, 7.5 M US |
| 80 | PURE ERA Duvet Cover Set Twin Cotton Jersey Knit Ultra Soft Home Bedding Set 1 1 |
| 81 | LA Linen Polyester Poplin Tablecloth 51-Inch Round, Teal Dark |
| 82 | Rhino Glue Pro Kit 60 gram |
| 83 | Mrs. Meyer's Clean Day Dish Soap - Iowa Pine - 16 oz |
| 84 | Belo Intensive Whitening Body Cream Kojic + Tranexamic Acid with Spf 30 150ml |
| 85 | Gavin Gel Foam Anatomic Relief Bike Saddle Bicycle Seat |
| 86 | Chanasya Egyptian Cotton Reversible Weighted Blanket for Calming Comfort Anxiety |

| 87 | Chef Craft Measuring Spoon Set, Green/Black |
| --- | --- |



Hi! **Sign in** or **register** | Daily Deals | Gift Cards | Help & Contact | Take Me to Toytopia | Sell | My eBay

**ebay** Shop by category | Search for anything | All Categories | **Search** | Advanced

**yapura** (5763 ⭐)
99.7% positive feedback

🔖 Items for sale  🏬 Visit store  ✉ Contact

Based in United States, yapura has been an eBay member since Jan 31, 2017

♡ Save

**Feedback ratings** ⓘ

| | | |
|---|---|---|
| ⭐⭐⭐⭐⭐ 3,651 | Item as described | |
| ⭐⭐⭐⭐⭐ 3,849 | Communication | |
| ⭐⭐⭐⭐⭐ 3,861 | Shipping time | |
| ⭐⭐⭐⭐⭐ 3,955 | Shipping charges | |

➕ **4,115** Positive   ⚫ **27** Neutral   ➖ **16** Negative

Feedback from the last 12 months

See all feedback

➕ Thank you very much. A++
Nov 05, 2018

● ○ ○ ○ ○

89 Followers | 0 Reviews | 24,262 Views | Member since: **Jan 31, 2017** | 📍 United States

## Items for sale(10675)

See all items



Creamright Ultr...
US $106.20          1h left



COURTYARD CREAT...
US $168.04          1h left




Doris Home Squa...
US $6.36          1h left



Lot of 50 Plast...
US $12.52          2h left



Mega Candles - ...
US $11.95          2h left

## Followers (89)



Hi! **Sign in** or **register** | Daily Deals | Gift Cards | Help & Contact

Take Me to Toytopia

Sell | My eBay

ebay

Shop by category

Search for anything

All Categories

**Search**

Advanced

Items for sale from **yapura** ( **5763** ) | Save this seller

☐ Include description

### Categories

**Home & Garden**

Kitchen, Dining & Bar Supplies
Curtains, Drapes & Valances
Home & Garden Furniture
Home Organization Supplies
Tea
More ▾

**Clothing, Shoes & Accessories**

Men's Athletic Shoes
Women's Athletic Shoes
Men's Accessories
Boys' Shoes
More ▾

**Sporting Goods**

Camping & Hiking Equipment
Winter Sports Clothing
Men's Skateboarding & Longboarding Footwear
Strength Training Equipment
Bicycle Accessories
More ▾

**Business & Industrial**

Office Supplies
Manufacturing & Metalworking
Facility Maintenance & Safety
More ▾

**eBay Motors**

**See all categories**

────────────

**Format**          See all
● All Listings
○ Auction
○ Buy It Now

**Guaranteed Delivery**   see all
● No Preference
○ 1 Day Shipping
○ 2 Day Shipping

All Listings | Auction | Buy It Now

**10,662 results**    ♡ Save this search

Sort: **Best Match** ▾   View: ▦ ▾

Guaranteed 3 day delivery ⬤○

NEW LISTING **Cozy Fleece Down Alternative Blanket with Satin Trim, King, Ivory**

Brand New

**$55.96**
Buy It Now
Free Shipping
Free Returns

**Cozy Fleece Comfort Collection Velvet Plush Sheet Set, Queen, Scarlet, 1 Sheet**

Brand New

**$53.21**    Buy 2, get 1 6% off
Buy It Now
Free Shipping
Free Returns

**Nachtmann Highland Tumbler, Aqua**

Brand New

**$14.27**
Buy It Now
Free Shipping
Free Returns
Only 1 left!
2 Watching

**Hallmark Christmas Ornament Friends Central Perk**



3 Day Shipping
4 Day Shipping

**Condition**                    see all
New (10,659)
Used (3)

**Price**
Under $35.00
$35.00 - $75.00
Over $75.00
$ [        ] to $ [        ] »

**Item Location**                    see all
Default
Within
[100 miles ▼] of [90064] »
US Only
North America
Worldwide

**Delivery Options**                    see all
Free shipping

**Show only**                    see all
Free Returns
Returns accepted
Completed listings
Sold listings
Deals & Savings

**More refinements...**

**Seller Information**

yapura  (5763 ⭐ )
Feedback rating: 5,763
Positive Feedback: 99.7%
Member since Jan-31-17 in
United States

Read feedback profile
Add to my favorite sellers
**Visit seller's eBay Store!**
yapura

**Recently viewed items**

Brand New
**$9.86**
Trending at $10.98 ⓘ
Buy It Now
**Free Shipping**
**Free Returns**

Buy 2, get 1 6% off

**8 New NGK Iridium IX Spark Plugs TR5IX # 7397**
Brand New
**$36.79**
Buy It Now
**Free Shipping**
**Free Returns**

Buy 2, get 1 6% off

NEW LISTING  **3 Pack - Just Crunch Anti-Soggy Cereal Bowl - Keeps Cereal Fresh and Crunchy | |**
Brand New
**$25.56**
Buy It Now
**Free Shipping**
**Free Returns**

**Spectrum Diversified Pegboard & Wall Mount Basket, 11" x 4" x 4", Industrial**
Brand New
**$8.26**
Buy It Now
**Free Shipping**
**Free Returns**

**Dr Teals Epsom Salt Soaking Solution, Detoxify & Energize, Ginger & Clay, 3lbs**
Brand New



**AMTROL 102-1#30 EX-30 30 Extrol Expan...**
$56.71
Buy It Now
Free shipping
Last one

SPONSORED



**Victrola Vintage Vinyl Record Storage...**
$45.63
Buy It Now
Free shipping
Last one



**Pokémon Power Action Pikachu 12 Inch ...**
$35.18
Buy It Now
Free shipping
Last one





$11.90
Buy It Now
Free Shipping
Free Returns

Buy 2, get 1 6% off



**Thermaltake Versa H13 Window Black SPCC Micro ATX Gaming Computer Case**
Brand New
$35.18
Buy It Now
Free Shipping
Free Returns

Buy 2, get 1 6% off



**Pumpkin Carving Kit for Kids and Adults Professional Stainless Steel Pumpkin 5**
Brand New
$7.10
Buy It Now
Free Shipping
Free Returns



**Jellypop Women's Dallas Sneaker, White, 8 Medium US**
Brand New
$25.92
Buy It Now
Free Shipping
Free Returns

Buy 2, get 1 6% off

**Big Tree Farms Organic Coconut Palm Sugar, Blonde, 2 Pounds**
Brand New



$29.36
Free shipping
**Last one**



**$13.10**
Buy It Now
**Free Shipping**
**Free Returns**

Buy 2, get 1 6% off

---

Set of 4 Extra Thick Resistance Loop Mini Bands by 4KOR Fitness
Brand New



**$27.58**
Trending at $28.78 ⓘ
Buy It Now
**Free Shipping**
**Free Returns**

Buy 2, get 1 6% off

---

Cocofloss 3-Pack Coconuts
Brand New



**$25.90**
Buy It Now
**Free Shipping**
**Free Returns**

Buy 2, get 1 6% off

---

Generic USB Type A Female to Female Adapter USB_F-USB_F
Brand New



**$1.07**
Buy It Now
**Free Shipping**
**Free Returns**

Buy 2, get 1 6% off

---

Extreme Max 3006.6625 Coated Keel-Style Downrigger Weight - 10 lbs.
Brand New




$27.59
Trending at $30.55 ⓘ
Buy It Now
**Free Shipping**
**Free Returns**

🔋 Buy 2, get 1 6% off

---



ANTHONY REFRIGERATION Torque Master For reversible doors 02-10568-0001
Brand New

$23.00
Buy It Now
**Free Shipping**
**Free Returns**

🔋 Buy 2, get 1 6% off

---



Peanuts Snoopy 5 Pk No Show Socks Size 9-11 Unisex
Brand New

$13.59
Buy It Now
**Free Shipping**
**Free Returns**

🔋 Buy 2, get 1 6% off

---



Ibitta Pinalinaza Flaxseed, Cactus and Fruit Powder Natural Colon Cleanse Detox,
Brand New

$11.95
Buy It Now
**Free Shipping**
**Free Returns**

🔋 Buy 2, get 1 6% off

---

NEW LISTING    Overland Single-Pelt 2' x 3.5' Premium Australian Sheepskin Rug



Brand New

**$103.37**
Buy It Now
**Free Shipping**
**Free Returns**

---



[WHITE Marine Boat Dash Board Switch Instrument Panel Decal Sticker Labels Sheet](#)
Brand New

**$13.95**
Buy It Now
**Free Shipping**
**Free Returns**

Buy 2, get 1 6% off

---



[Bruntmor Pre-Seasoned Hibachi-Style Portable Cast Iron Charcoal BBQ Grill](#)
Brand New

**$85.07**
Buy It Now
**Free Shipping**
**Free Returns**

Buy 2, get 1 6% off

---



[Kate 4.5x7ft Silver Sequin Glitter Backdrop Party Decoration Background Wedding](#)
Brand New

**$33.76**
Buy It Now
**Free Shipping**
**Free Returns**

Buy 2, get 1 6% off

---

[SnoFlock The Original Premium Artificial Decorative Self-Adhesive Snow Flock | |](#)



Brand New

**$27.65**
Buy It Now
**Free Shipping**
**Free Returns**

Buy 2, get 1 6% off



Kit Cat Klock Earrings Red & Gold Hook
Brand New

**$12.25**
Buy It Now
**Free Shipping**
**Free Returns**

Buy 2, get 1 6% off



Digital Optical Audio Cable 6 Feet - Flawless Audio, Secure Connection - iVanky
Brand New

**$8.77**
Buy It Now
**Free Shipping**
**Free Returns**
Only 1 left!
4 Watching



Tadin Tea, Pasiflora - Passion Flower Tea, 24 Tea Bags
Brand New

**$7.28**
Buy It Now
**Free Shipping**
**Free Returns**

Buy 2, get 1 6% off

MG Chemicals SUPER SHIELD Nickel Conductive Coating, Nickel, 12 oz, Aerosol



Brand New

**$44.80**
Buy It Now
**Free Shipping**
**Free Returns**

Buy 2, get 1 6% off



ChromaCast CC-MGB-BAG-L Large Musicians Gear Bag & Double Bass Drum Pedal Carry
Brand New

**$29.45**
Trending at $31.82 ⓘ
Buy It Now
**Free Shipping**
**Free Returns**

Buy 2, get 1 6% off



500 Labels 2" Green PLEASE SCAN ME Shipping Mailing Stickers
Brand New

**$7.58**
Buy It Now
**Free Shipping**
**Free Returns**

Buy 2, get 1 6% off



Graduated Bomex Beaker Set 50 100 250 600 and 1000ml glass
Brand New

**$19.55**
Buy It Now
**Free Shipping**
**Free Returns**

Buy 2, get 1 6% off

Monthly Bill Paying Organizing Organizer Budget Book with Pockets - DOTS, Neon
Brand New



$22.17
Buy It Now
**Free Shipping**
**Free Returns**

🏷 Buy 2, get 1 6% off

---

Tramanto Extra Large Rustic Olive Wood Slab Serving Board - 20 x 10 Inch
Brand New



$72.50
Buy It Now
**Free Shipping**
**Free Returns**

🏷 Buy 2, get 1 6% off

---

Crocs Women's Capri Flip-Flop, Black/Graphite, 9 M US
Brand New



$29.38
Buy It Now
**Free Shipping**
**Free Returns**

🏷 Buy 2, get 1 6% off

---

Adult Washcloth Disposable Moist Wipes - 12 X 8 - 240 Pk
Brand New



$12.82
Buy It Now
**Free Shipping**
**Free Returns**

🏷 Buy 2, get 1 6% off

---

Primos Power Owl Call
Brand New



**$8.77**
Buy It Now
**Free Shipping**
**Free Returns**

Buy 2, get 1 6% off



Rubies Costume Guardians of the Galaxy Vol. 2 Star-Lord Blaster
Brand New

**$16.72**
Buy It Now
**Free Shipping**
**Free Returns**

Buy 2, get 1 6% off



Ultrafine Unicolor C-41 Powder Developer Kit 1 Liter
Brand New

**$45.18**
Buy It Now
**Free Shipping**
**Free Returns**

Buy 2, get 1 6% off



TRUMiRR 22mm Crystal Rhinestone Diamond Watch Band Quick Release Stainless Steel
Brand New

**$46.08**
Buy It Now
**Free Shipping**
**Free Returns**

Buy 2, get 1 6% off

Faucet Cover, Leaf Design Safety Faucet Extender For Children Toddler Kids Hand
Brand New



$4.94
Buy It Now
**Free Shipping**
**Free Returns**

Buy 2, get 1 6% off



**DII Cotton Buffalo Check Plaid Round Tablecloth for Family Dinners or Indoor or**
Brand New

$29.37
Buy It Now
**Free Shipping**
**Free Returns**

Buy 2, get 1 6% off



**In-Bed Spare Tire Bracket**
Brand New

$37.60
Buy It Now
**Free Shipping**
**Free Returns**

Buy 2, get 1 6% off



**Kydex Plastic Sheet Black 12" X 24" X .080"**
Brand New

$21.00
Trending at $22.98
Buy It Now
**Free Shipping**
**Free Returns**

Buy 2, get 1 6% off

**BOOSTane Professional Octane Booster Quart Bottle**
Brand New



**$35.18**
Buy It Now
**Free Shipping**
**Free Returns**
Only 1 left!
9 Sold

---



Cozy Flannel Queen Bed Sheets, Casual Ivory Solid Bed Sheet, Bed Sheet Set Flat
Brand New

**$33.97**
Buy It Now
**Free Shipping**
**Free Returns**

Buy 2, get 1 6% off

---



PONY DANCE Door Panel Curtain - Glazed Heavy Duty Blackout French Door Curtains
Brand New

**$15.22**
Buy It Now
**Free Shipping**
**Free Returns**

---



usmile XSU220 220mm Carbon Fiber Quadcopter Quad X Frame for FPV Drone racing II
Brand New

**$26.82**
Buy It Now
**Free Shipping**
**Free Returns**

Buy 2, get 1 6% off

---

PFERD 17301Pferd Cs-X Chain Sharp Filing Guide - 3/16"



Brand New

**$38.62**
Buy It Now
**Free Shipping**
**Free Returns**

🏷 Buy 2, get 16% off

Body Drench Quick Tan Instant Self Tanning Spray, Medium Dark, 6 oz Pack of 3
Brand New



**$26.10**
Buy It Now
**Free Shipping**
**Free Returns**

🏷 Buy 2, get 16% off

World of Warcraft TCG The Caverns of Time Raid Deck
Brand New



**$41.21**
Buy It Now
**Free Shipping**
**Free Returns**

🏷 Buy 2, get 16% off

LIFEREVO Luxury Plush Shaggy Duvet Cover Set 1 Faux Fur Duvet Cover + 1 Pompoms
Brand New



**$100.22**
Buy It Now
**Free Shipping**
**Free Returns**

🏷 Buy 2, get 16% off

Small & Flat Self-Adhesive Magnets â€" 20x20x2mm Sticker Magnet â€" Holds 2 Easy



Brand New

**$9.49**

Trending at $11.26 ⓘ

Buy It Now

**Free Shipping**
**Free Returns**

🏷 Buy 2, get 1 6% off



Ivysport Harvard University Sweatshirt Classic Logo, 85% Cotton / 15% Polyester,

Brand New

**$47.86**

Buy It Now

**Free Shipping**
**Free Returns**

🏷 Buy 2, get 1 6% off



Pembrook Wheelchair Backpack Bag - Blue - Great accessory pack for your mobility

Brand New

**$11.90**

Buy It Now

**Free Shipping**
**Free Returns**

🏷 Buy 2, get 1 6% off



Dermactin-TS Line Eraser 90 Sec Wrinkle Reducer, 2.4 Ounce

Brand New

**$12.69**

Buy It Now

**Free Shipping**
**Free Returns**

🏷 Buy 2, get 1 6% off

Like New Yamaha NS-6490 3-Way Bookshelf Speakers Finish Pair Black

New (Other)



**$132.90**
Buy It Now
**Free Shipping**
**Free Returns**
**Only 1 left!**
7 Watching



Housmile Nebulizing Pure Essential Oil Aromatherapy Diffuser Waterless Aroma -
Brand New

**$19.60**          Buy 2, get 1 6% off
Buy It Now
**Free Shipping**
**Free Returns**



Beehive Picture Frame Hanger - Revolutionary Picture Hanging Kit and Framed Kit
Brand New

**$7.43**          Buy 2, get 1 6% off
Buy It Now
**Free Shipping**
**Free Returns**



Angelus Leather Shoe, Boot Shine & Dye with Applicator, 3 oz, Black
Brand New

**$9.56**          Buy 2, get 1 6% off
Buy It Now
**Free Shipping**
**Free Returns**

Cozy Fleece Comfort Collection Velvet Plush Sheet Set, Full, Black, 1 Sheet Set



Brand New

**$50.38**
Buy It Now
**Free Shipping**
**Free Returns**

🔋 Buy 2, get 1 6% off

---



[Submersible LED Lights Battery Powered Remote Controlled RGB Multi Color Light 4](#)
Brand New

**$19.49**
Trending at $21.00 ⓘ
Buy It Now
**Free Shipping**
**Free Returns**

🔋 Buy 2, get 1 6% off
🚚 FAST 'N FREE
Estimated Delivery **Fri, Nov. 9**

---



[Department 56 Peanuts Village Schroeder and Snoopy's Christmas Decorative 1.97](#)
Brand New

**$27.16**
Buy It Now
**Free Shipping**
**Free Returns**

🔋 Buy 2, get 1 6% off

---



[Hurley One and Only Black White Hat Flex Fit - Black - Mens - S/M](#)
Brand New

**$23.04**
Buy It Now
**Free Shipping**
**Free Returns**

🔋 Buy 2, get 1 6% off

---

[Dr.Fish 12 Pack Rooster Tail Spinners Lures Bass Trout Salmon Walleye Fishing](#)



Brand New

**$15.99**
Buy It Now
**Free Shipping**
**Free Returns**
*14 Watching*



[Taylors of Harrogate Tea Room Blend Loose Leaf, 4.41 Ounce Tin](#)
Brand New

**$20.39**
Buy It Now
**Free Shipping**
**Free Returns**

🏷 Buy 2, get 1 6% off



[DII CAMZ38209 Silver Beaded Burst Napkin Ring Set/6, Set of 6, Christmas Piece](#)
Brand New

**$21.31**
Buy It Now
**Free Shipping**
**Free Returns**

🏷 Buy 2, get 1 6% off



[Red Robin Original Blend Signature Seasoning, 4 Ounce](#)
Brand New

**$7.24**
Buy It Now
**Free Shipping**
**Free Returns**

🏷 Buy 2, get 1 6% off

[Contemporary Ten Commandments Wood Finish 8 x 10 Framed Wall Art Plaque](#)



Brand New

**$14.08**
Buy It Now
Free Shipping
Free Returns

Buy 2, get 1 6% off



Portable Rectangular Soap Case Airtight Container Soap Tray Traveling Accessory
Brand New

**$4.88**
Buy It Now
Free Shipping
Free Returns

Buy 2, get 1 6% off



kavu Rope Backpack
Brand New

**$29.30**
Trending at $30.39
Buy It Now
Free Shipping
Free Returns

Buy 2, get 1 6% off



GIFTME 5 Mother of Pearl Mosaic Photo Frame,Beach Table Picture Frame5x7 inch,
Brand New

**$19.26**
Buy It Now
Free Shipping
Free Returns

Buy 2, get 1 6% off

Proclaim Color & Heat Protection Glossing Polish



Brand New

**$11.88**
Buy It Now
**Free Shipping**
**Free Returns**

🏷 Buy 2, get 1 6% off



1pc Large Watch Band/Strap for Samsung Gear S2 Smartwatch Band Replacement with
Brand New

**$10.79**
Buy It Now
**Free Shipping**
**Free Returns**

🏷 Buy 2, get 1 6% off



Valery Madelyn 48" Luxury Burgundy and Gold Christmas Tree Skirt,Themed with Not
Brand New

**$36.02**
Buy It Now
**Free Shipping**
**Free Returns**

🏷 Buy 2, get 1 6% off



NEW LISTING  Good Cook Touch Shake-A-Pick Toothpick Dispenser
Brand New

**$5.47**
Buy It Now
**Free Shipping**
**Free Returns**

Redbone 7' 6" Medium/Heavy Inshore Spinning RDB-761MHS Rod 1 pc/10-20Lb



Brand New

**$96.62**
Buy It Now
**Free Shipping**
**Free Returns**

Buy 2, get 1 6% off



LEPOWER Wood Desk Lamp, Adjustable Metal Lamp Shade Table Lamp, Industrial Retro
Brand New

**$55.04**
Buy It Now
**Free Shipping**
**Free Returns**

Buy 2, get 1 6% off

XVL Toilet tissue paper holder with mobile phone storage shelf, Nickel Brushed,
Brand New

**$23.56**
Buy It Now
**Free Shipping**
**Free Returns**

Buy 2, get 1 6% off



Luna Cup Menstrual, 1 Period Cup With 1 Carry Bag S w/ Zipper Case
Brand New

**$17.71**
Buy It Now
**Free Shipping**
**Free Returns**

Buy 2, get 1 6% off



7-sign Wrestling Room Motivational Signs
Brand New

**$60.39**
Buy It Now
**Free Shipping**
**Free Returns**

Buy 2, get 1 6% off





NEW LISTING Prismacolor Premier Illustration Markers, Fine Tip, Black, Set of 5

Brand New

**$8.12**

Buy It Now

**Free Shipping**

**Free Returns**



Organic Beet Juice Powder - Filled with Natural Nitrates Nitric Oxide & 114 22

Brand New

**$12.33**

Buy It Now

**Free Shipping**

**Free Returns**

Buy 2, get 1 6% off



Penaten Creme Cream - 50ml

Brand New

**$7.58**

Buy It Now

**Free Shipping**

**Free Returns**

Buy 2, get 1 6% off



AirBake Nonstick Pizza Pan, 15.75 in

Brand New

**$13.39**

Trending at $14.64

Buy It Now

**Free Shipping**

**Free Returns**

Extra Large 48" Folding Pet Dog Cat Crate Cage Kennel With Plastic Tray



Brand New

**$58.41**
Buy It Now
**Free Shipping**
**Free Returns**

Buy 2, get 1 6% off



**TALON Grips Material Sheet, 5 x 7-Inch Rubber-Moss**
Brand New

**$14.79**
Buy It Now
**Free Shipping**
**Free Returns**

Buy 2, get 1 6% off



**Oneida Tuscany 5-Piece Serving Set**
Brand New

**$23.08**
Buy It Now
**Free Shipping**
**Free Returns**

Buy 2, get 1 6% off



**6" Magnifying Bar Magnifier Ruler with Yellow Guide Line Ideal for Reading Small**
Brand New

**$9.58**
Buy It Now
**Free Shipping**
**Free Returns**

Buy 2, get 1 6% off

**Beauty Maid Chinese Red Porcelain Ceramic Craftwork Incense Burner Backflow Cone**
Brand New



$19.04
Buy It Now
**Free Shipping**
**Free Returns**

🏷 Buy 2, get 1 6% off



BEARPAW 1257W-205-M100 Women's Abby Cow Suede Chocolate Leather Winter Boot, 6"
Brand New

$41.91
Buy It Now
**Free Shipping**
**Free Returns**

🏷 Buy 2, get 1 6% off



DariceFancy Gold Ornament Hooks, Gold Ornament Hanger for Collectibles, Pack of
Brand New

$4.70
Buy It Now
**Free Shipping**
**Free Returns**

🏷 Buy 2, get 1 6% off



NEW LISTING  Bigelow Constant Comment Black Tea, 40 Count Box 2.37OZ
Brand New

$10.21
Buy It Now
**Free Shipping**
**Free Returns**

ZAR 12906 Wood Stain, Aged Varnish/Amber
Brand New



**$10.09**
Buy It Now
**Free Shipping**
**Free Returns**

🏷 Buy 2, get 1 6% off



NEW LISTING Elrene Home Fashions 26865643152 Indoor/Outdoor Solid Tab Top Single Panel 52" x
Brand New

**$33.67**
Buy It Now
**Free Shipping**
**Free Returns**



Deluxe Indian Teepee Tent Portable Indoor Outdoor Playhouse Tent for Kids
Brand New

**$30.29**
Buy It Now
**Free Shipping**
**Free Returns**
**Only 1 left!**
4 Watching



Purina ONE SmartBlend True Instinct Natural With Real Turkey & Venison Adult Dry
Brand New

**$15.99**
Trending at $20.11 ⓘ
Buy It Now
**Free Shipping**
**Free Returns**

🏷 Buy 2, get 1 6% off

Eiko 15523-1 F15T8/WW Fluorescent Tube T8 3000K, 18", 15W



Brand New

**$4.49**
Buy It Now
**Free Shipping**
**Free Returns**

🏷 Buy 2, get 16% off



Harney & Sons Vanilla Comoro Tea Tin - Decaffeinated and, Great Present Idea -
Brand New

**$10.82**
Buy It Now
**Free Shipping**
**Free Returns**

🏷 Buy 2, get 16% off



Angelkiss Women Top Handle Satchel Handbags Shoulder Bag Messenger Tote Washed
Brand New

**$39.21**
Buy It Now
**Free Shipping**
**Free Returns**

🏷 Buy 2, get 16% off



MBI by MCS Industries 860110 Travel Scrapbook Album with 12" x 12" Top Load
Brand New

**$16.35**
Buy It Now
**Free Shipping**
**Free Returns**

🏷 Buy 2, get 16% off

MasterPieces Works of Ahhh Holiday Nutcracker Mouse King Wood Paint Kit
Brand New



**$22.85**
Buy It Now
**Free Shipping**
**Free Returns**

🏷 Buy 2, get 1 6% off

---



NEW LISTING **Swee Touch Nee Tea Bag, 100 Bags**
Brand New

**$10.06**
Buy It Now
**Free Shipping**
**Free Returns**

---



**Performance Tool W2919 Adjustable Cable Tie Gun**
Brand New

**$21.89**
Buy It Now
**Free Shipping**
**Free Returns**

🏷 Buy 2, get 1 6% off

---



**Rubies Mens Batman Arkham City Joker Costume, Purple, One Size**
Brand New

**$38.12**
Buy It Now
**Free Shipping**
**Free Returns**

🏷 Buy 2, get 1 6% off

---

**Yu-Gi-Oh! - Slifer the Sky Dragon MVP1-EN057 - The Dark Side of Dimensions Movie**
Brand New



$3.97
Buy It Now
**Free Shipping**
**Free Returns**

 Buy 2, get 1 6% off

---



NEW LISTING 8oz Stainless Steel Primo 18/8#304 Funny Eye Test Chart Premium/Heavy Duty Hip -
Brand New

$11.60
Buy It Now
**Free Shipping**
**Free Returns**

---



Xerhnan Leather Frame Cover Photo Album 600 Pockets Hold 4x6 Photos.Peony Flower
Brand New

$41.26
Buy It Now
**Free Shipping**
**Free Returns**

Buy 2, get 1 6% off

---



NEW LISTING Tokyomilk Light Awaken Within No. 02 Parfum
Brand New

$34.84
Buy It Now
**Free Shipping**
**Free Returns**

---

NEW LISTING 70 Essential Oils Carrying Case for 5ml, 10ml and 15ml Bottles - Hard Shell and



Brand New
**$34.79**
Buy It Now
**Free Shipping**
**Free Returns**



[One Bass Fishing Reels Level Wind Trolling Reel Conventional Jigging Reel for](#)
Brand New
**$76.99**
Buy It Now
**Free Shipping**
**Free Returns**

 Buy 2, get 1 6% off

[Craftsman 14 Piece 1/2" Drive 12 Point Deep Well Socket Set](#)
Brand New
**$30.43**
Buy It Now
**Free Shipping**
**Free Returns**

Buy 2, get 1 6% off



[One 12" Inch Lazy Susan Round Turntable Bearing - 5/16 Thick & 1000 LB Capacity](#)
Brand New
**$14.23**
Trending at $16.75 ⓘ
Buy It Now
**Free Shipping**
**Free Returns**

Buy 2, get 1 6% off



[Switchcraft 11 Guitar Input Mono Phone Panel Jack](#)
Brand New



**$5.63**
Buy It Now
**Free Shipping**
**Free Returns**

🟩 Buy 2, get 1 6% off



[Womens Rain Hats Waterproof Rain Hat Wide Brim Bucket Hat Rain Cap Sun Hats](#)
Brand New

**$17.76**
Buy It Now
**Free Shipping**
**Free Returns**

🟩 Buy 2, get 1 6% off



NEW LISTING [Jusalpha 4 Tier Round Acrylic Cupcake Stand-cake stand-dessert stand, cupcake 4](#)
Brand New

**$22.06**
Buy It Now
**Free Shipping**
**Free Returns**



NEW LISTING [PONY DANCE Kitchen Beige Curtains - Home Decoration Room Darkening Thermal Block](#)
Brand New

**$22.07**
Buy It Now
**Free Shipping**
**Free Returns**

NEW LISTING [Simple&Opulence Super Soft Microfiber Stereo Rose Pattern Home Furnishing Throw](#)



Brand New

**$21.95**
Buy It Now
**Free Shipping**
**Free Returns**



NEW LISTING **Fennco Styles Rochester Collection with Hemstitched Border Table Runner 16"x72"**
Brand New

**$22.06**
Buy It Now
**Free Shipping**
**Free Returns**



NEW LISTING **Eximius Power Professional Bartender Cocktail Shaker Set | 7pc Bar tools kit & |**
Brand New

**$22.03**
Buy It Now
**Free Shipping**
**Free Returns**



NEW LISTING **Reflections Silver Plastic Cutlery - 160 Piece**
Brand New

**$22.03**
Buy It Now
**Free Shipping**
**Free Returns**

🚚 **FAST 'N FREE**
Estimated Delivery **Fri, Nov. 9**

NEW LISTING **White Curtains 45 inch Long Casual Weave Small Window Curtain Set 2 Panels**
Brand New



**$22.06**
Buy It Now
**Free Shipping**
**Free Returns**



[VAMPIRINA Scream-Tastic Hearse](#)
Brand New

**$20.08**
Buy It Now
**Free Shipping**
**Free Returns**

🏷️ Buy 2, get 1 6% off

NEW LISTING [Paris Hilton Can Can by Paris Hilton For Women. Eau De Parfum Spray 1.7-Ounces](#)
Brand New

**$25.06**
Buy It Now
**Free Shipping**
**Free Returns**



[JOVIVI 3-8pcs 35mm Chakra Crystals Quartz Healing Wands Kit Reiki Tumbled 6 Set](#)
Brand New

**$20.79**
Buy It Now
**Free Shipping**
**Free Returns**

🏷️ Buy 2, get 1 6% off



[Aqua Sphere Zip VX Fitness Swim Fins, Lime/Blue, Large](#)
Brand New



**$23.58**
Buy It Now
**Free Shipping**
**Free Returns**

 Buy 2, get 1 6% off

---



NEW LISTING [Avon's Iron Man Cologne](#)
Brand New
**$44.70**
Buy It Now
**Free Shipping**
**Free Returns**

---



NEW LISTING [Nalgene HDPE Wide Mouth Round Container, 2 Oz](#)
Brand New
**$5.33**
Buy It Now
**Free Shipping**
**Free Returns**

---



NEW LISTING [iPEGTOP 42" Burlap Rustic Christmas Tree Skirt - Classic Holiday Decorations -](#)
Brand New
**$22.06**
Buy It Now
**Free Shipping**
**Free Returns**

---

NEW LISTING [KidsFunwares Chew-Chew Train Place Setting, Blue - Transforms from a Train into](#)



Brand New

**$22.06**
Buy It Now
**Free Shipping**
**Free Returns**



Pizoff Mens Hipster Long Sleeve Luxury Design Gold Round Floral Print Button
Brand New

**$47.62**                                    Buy 2, get 1 6% off
Buy It Now
**Free Shipping**
**Free Returns**



Empire Scientific EPP-142S Replacement Battery for RCA EP-096FL/MINOLTA VBP-166
Brand New

**$38.34**                                    Buy 2, get 1 6% off
Buy It Now
**Free Shipping**
**Free Returns**



FAO Schwarz {75 Piece Set} Wooden Castle Building Blocks Set Toy Solid Wood Kit
Brand New

**$28.63**                                    Buy 2, get 1 6% off
Buy It Now
**Free Shipping**
**Free Returns**

NEW LISTING   Leila Lou Perfume Oil Roll-On



Brand New

**$46.46**
Buy It Now
**Free Shipping**
**Free Returns**



NEW LISTING  Franklin Brass W35242-ESO-C Classic Architecture Single Duplex Wall Plate/Switch
Brand New

**$5.04**
Buy It Now
**Free Shipping**
**Free Returns**



NEW LISTING  Westinghouse Lighting 77217 Decorative Pull Chain 12" Brushed Nickel
Brand New

**$5.45**
Buy It Now
**Free Shipping**
**Free Returns**



GOESWELL 3528 Led Strip Lights 3AAA Battery Operated Lights 1m 60leds Cool White
Brand New

**$10.79**          Buy 2, get 1 6% off
Trending at $11.34
Buy It Now
**Free Shipping**
**Free Returns**

NEW LISTING  Ergohead Desk Pad Artificial Leather Laptop Desk Mat Pads Blotter Protector - x
Brand New



$22.06
Buy It Now
**Free Shipping**
**Free Returns**



NEW LISTING  Digital Body Weight Bathroom Scale - Large Backlit Display with 8 Seconds Matte
Brand New

$22.06
Buy It Now
**Free Shipping**
**Free Returns**



NEW LISTING  100% Pure USDA Organic Essential Bulgarian Rose Oil Real Rose Otto - from Rose
Brand New

$63.42
Buy It Now
**Free Shipping**
**Free Returns**



Autism Awareness Ribbon Puzzle Piece Blue Lapel Hat Pins Raise Awareness PPM7301
Brand New

$7.93                                    Buy 2, get 1 6% off
Buy It Now
**Free Shipping**
**Free Returns**

ElimiTag Skin Tag Remover 15ml
Brand New



$15.38
Trending at $15.84 
Buy It Now
Free Shipping
Free Returns

Buy 2, get 1 6% off



[Sea Lion Velvet Pillow Case Throw Cushion Cover Home Decor 4-pack Beige](#)
Brand New
$13.59
Buy It Now
Free Shipping
Free Returns

Buy 2, get 1 6% off



[Winsor & Newton Galeria Acrylic Paint, 60ml tube, Lamp Black](#)
Brand New
$9.22
Buy It Now
Free Shipping
Free Returns

Buy 2, get 1 6% off



NEW LISTING [Mad Mats Daisy Indoor/Outdoor Floor Mat, 5 by 8-Feet, Rust](#)
Brand New
$104.52
Buy It Now
Free Shipping
Free Returns



NEW LISTING [Drakkar essence for men by guy laroche 6.7 oz eau de toilette spray](#)
Brand New



$29.95
Buy It Now
**Free Shipping**
**Free Returns**



NEW LISTING   FolkArt Multi-Surface Paint in Assorted Colors 2 oz, 2901, Apple Red
Brand New

$5.06
Buy It Now
**Free Shipping**
**Free Returns**



NEW LISTING   1 X 40 Big Fat Bubble Tea Straws Great for Bubble Tea or Even Rehabilitation
Brand New

$5.33
Buy It Now
**Free Shipping**
**Free Returns**

Meow Mix Tender Favorites Poultry and Beef Variety Pack Wet Cat Food, 2.75 oz,
Brand New

$14.27                          Buy 2, get 1 6% off
Buy It Now
**Free Shipping**
**Free Returns**

NEW LISTING   Medium Chalkboard Graduation Gift Bag



Brand New

**$6.27**
Buy It Now
**Free Shipping**
**Free Returns**



Like New Kwikset 91570-001 Halifax Slim Square Half-Dummy Lever in Satin Nickel
New (Other)

**$10.41**                                    Buy 2, get 16% off
Trending at $12.60
Buy It Now
**Free Shipping**
**Free Returns**



NEW LISTING  North States Village Collection Around Town-Birdfeeder-School House
Brand New

**$21.84**
Buy It Now
**Free Shipping**
**Free Returns**



RecPro CLUB CAR PRECEDENT GOLF CART LIGHT KIT W/ LED TAIL LIGHTS FOR YEARS
Brand New

**$75.83**
Buy It Now
**Free Shipping**
**Free Returns**

Aquarius Smithsonian Dinosaurs Large Gen 2 Tin Storage Fun Box
Brand New



**$17.76**
Buy It Now
**Free Shipping**
**Free Returns**

Buy 2, get 1 6% off

---



NEW LISTING **LiftMaster 29B317 Garage Remote Visor Clip**
Brand New

**$5.33**
Buy It Now
**Free Shipping**
**Free Returns**

---



**Sleeve Leg Urine Bag Straps Urine Collection Use with Catheter Urinary Kit Large**
Brand New

**$15.31**
Trending at $15.87

Buy It Now
**Free Shipping**
**Free Returns**

Buy 2, get 1 6% off

---



**Cookies Chips & Candies Snacks Variety Pack Bulk Sampler Assortment for Office,**
Brand New

**$21.24**
Buy It Now
**Free Shipping**
**Free Returns**

Buy 2, get 1 6% off

---

**Glutaraldehyde Cold Sterilization Solution 14 Day 1 Quart**
Brand New



**$36.44**
Buy It Now
**Free Shipping**
**Free Returns**

 Buy 2, get 1 6% off

---



[Coffin with Lid Wooden Look Halloween Prop](#)
Brand New

**$37.77**
Buy It Now
**Free Shipping**
**Free Returns**

Buy 2, get 1 6% off

---



NEW LISTING [Offray Wired Edge Encore Sheer Craft Ribbon, 5/8-Inch Wide by 25-Yard Spool,](#)
Brand New

**$6.12**
Buy It Now
**Free Shipping**
**Free Returns**

---



NEW LISTING [Moore Push-Pin Map Tacks, White, 100 Tacks](#)
Brand New

**$5.16**
Buy It Now
**Free Shipping**
**Free Returns**

---

[1 Roll of 500 Labels 2x2 ESD ATTENTION Warning Labels Stickers for Electrostatic](#)
Brand New



$11.19
Trending at $11.61 
Buy It Now
Free Shipping
Free Returns

Buy 2, get 1 6% off

---



NEW LISTING  Fat Daddio's 2.75 Inch x 1.375 Inch Deep Aluminum Hemisphere Pan
Brand New

$5.23
Buy It Now
Free Shipping
Free Returns

---



NEW LISTING  Plastic Checkered Tablecover,54" x 108"
Brand New

$4.98
Buy It Now
Free Shipping
Free Returns

---



NEW LISTING  Bali's Best Classic Iced Tea Candy - 42 pieces - 5.3 Oz
Brand New

$5.34
Buy It Now
Free Shipping
Free Returns

---

NEW LISTING  Anne Taintor Square Magnet, Rubbers
Brand New



**$4.65**
Buy It Now
**Free Shipping**
**Free Returns**



Plastic Bumpers Pads Clear Protective Noise Dampening Bumpers for Glass Table -
Brand New

**$6.14**              🏷 Buy 2, get 1 6% off
Buy It Now
**Free Shipping**
**Free Returns**



Cape Shore Santa Riding Shark Nautical Fishing Christmas Ornament
Brand New

**$13.70**             🏷 Buy 2, get 1 6% off
Buy It Now
**Free Shipping**
**Free Returns**



NEW LISTING   Blender-Mixer-Balls - Black - by Critical Vitality | 3 Pack of Agitators, Extra,
Brand New

**$5.33**
Buy It Now
**Free Shipping**
**Free Returns**

NEW LISTING   SCI Cuisine Red Shrimp Deveiner
Brand New



**$6.39**
Buy It Now
**Free Shipping**
**Free Returns**



[Del Mex Classic Mexican Blanket Vintage Style Rust](#)
Brand New

**$25.89**
Buy It Now
**Free Shipping**
**Free Returns**

Buy 2, get 1 6% off



[HOMEIDEAS 98-Inch Shower Hose Extra long Non-Toxic PVC Flexible Handheld Shower](#)
Brand New

**$15.43**
Buy It Now
**Free Shipping**
**Free Returns**

Buy 2, get 1 6% off



[Better Grip Safety Winter Insulated Double Lining Rubber Coated Work Gloves, 3](#)
Brand New

**$23.52**
Buy It Now
**Free Shipping**
**Free Returns**

Buy 2, get 1 6% off

NEW LISTING   [Edens Garden Frankincense- Carterii 30 ml 100% Pure Undiluted Therapeutic Grade](#)
Brand New



**$35.37**
Buy It Now
**Free Shipping**
**Free Returns**

[Flower Crown/Wedding Hair Wreath Floral Headband Garland with Adjustable Ribbon](#)
Brand New



**$9.63**
Buy It Now
**Free Shipping**
**Free Returns**

Buy 2, get 1 6% off

NEW LISTING [Recipe Binder Set with Plastic Page Protectors and Recipe Cards, Black and White](#)
Brand New



**$22.06**
Buy It Now
**Free Shipping**
**Free Returns**

NEW LISTING [Cereal Bowls Set 2 Serving Bowl for Pasta Soup, Embossed Hand Painted Stoneware,](#)
Brand New



**$23.27**
Buy It Now
**Free Shipping**
**Free Returns**

NEW LISTING [Fred POPPIN HOT Silcome Oven Mitt](#)
Brand New





**$22.07**
Buy It Now
**Free Shipping**
**Free Returns**



NEW LISTING Rehydrate Pro Rosegold 25oz Double-Insulated Stainless Steel Water Vacuum Bottle
Brand New

**$22.03**
Buy It Now
**Free Shipping**
**Free Returns**



NEW LISTING jinchan Window Curtains for Living Room Jacquard Lattice Window Treatment Set 2
Brand New

**$22.06**
Buy It Now
**Free Shipping**
**Free Returns**



NEW LISTING YestBuy 4 Tier Clear Wedding Party Acrylic Cupcake Display Tree Tower Stand 1 4
Brand New

**$21.84**
Buy It Now
**Free Shipping**
**Free Returns**

NEW LISTING Fit & Fresh Womens Vienna Insulated Lunch Bag with Ice Pack, Signature Cooler or
Brand New



**$22.06**
Buy It Now
**Free Shipping**
**Free Returns**



NEW LISTING  Salt and Pepper Grinder Set of 2 - Tall Salt and Pepper Shakers with Adjustable
Brand New

**$22.01**
Buy It Now
**Free Shipping**
**Free Returns**



Utopia Towels Kitchen Towels - Dish Cloth 12 Pack - Machine Washable Cotton Dish
Brand New

**$16.60**                    Buy 2, get 1 6% off
Buy It Now
**Free Shipping**
**Free Returns**



Paris Limited Edition 15 Piece Bathroom Set!! 2 Bath Mats Poly Acrylic Pile and
Brand New

**$22.40**                    Buy 2, get 1 6% off
Buy It Now
**Free Shipping**
**Free Returns**

NEW LISTING  Adhesive Technologies W220-34ZIP30 Hot Glue Sticks, Clear, 30 Piece
Brand New



$5.15
Buy It Now
**Free Shipping**
**Free Returns**

NEW LISTING [Tandy Leather Craftool Rivet Setter 8100-00](#)
Brand New



$5.33
Buy It Now
**Free Shipping**
**Free Returns**

[SAMSFX Fishing Rigs Leader Organizer Float Foam Spool Board Wrapped Wire Fishing](#)
Brand New



$8.52
Buy It Now
**Free Shipping**
**Free Returns**

Buy 2, get 1 6% off

[CLARKS Women's Leisa Higley Slide Sandal, Black Leather, 7.5 M US](#)
Brand New



$40.93
Buy It Now
**Free Shipping**
**Free Returns**

Buy 2, get 1 6% off

NEW LISTING [LA Linen Polyester Poplin Tablecloth 51-Inch Round, Teal Dark](#)
Brand New



**$15.05**
Buy It Now
**Free Shipping**
**Free Returns**



NEW LISTING  PURE ERA Duvet Cover Set Twin Cotton Jersey Knit Ultra Soft Home Bedding Set 1 1
Brand New

**$57.67**
Buy It Now
**Free Shipping**
**Free Returns**



Rhino Glue Pro Kit 60 gram
Brand New

**$16.60**                                    Buy 2, get 1 6% off
Trending at $18.18
Buy It Now
**Free Shipping**
**Free Returns**



NEW LISTING  Mrs. Meyer's Clean Day Dish Soap - Iowa Pine - 16 oz
Brand New

**$10.57**
Buy It Now
**Free Shipping**
**Free Returns**

High Strength Sinker Slider Heavy Duty Fishing Braid Line Sinker Slides Steel 8#



Brand New

**$7.30**
Buy It Now
Free Shipping
Free Returns

Buy 2, get 1 6% off



Scratch Off Stickers MINI Zebra Security Tamper Evident -Silver Wavy Zebra 1/4"
Brand New

**$10.56**
Buy It Now
Free Shipping
Free Returns

Buy 2, get 1 6% off



Belo Intensive Whitening Body Cream Kojic + Tranexamic Acid with Spf 30 150ml
Brand New

**$13.20**
Buy It Now
Free Shipping
Free Returns

Buy 2, get 1 6% off

Gavin Gel Foam Anatomic Relief Bike Saddle Bicycle Seat
Brand New

**$13.32**
Buy It Now
Free Shipping
Free Returns

Buy 2, get 1 6% off



NEW LISTING   Amerock BP29355-G10 Candler Collection 96-Millimeter Center-to-Center Pull,
Brand New

**$6.43**
Buy It Now
Free Shipping
Free Returns

Chanasya Egyptian Cotton Reversible Weighted Blanket for Calming Comfort Anxiety
Brand New



$131.14
Buy It Now
**Free Shipping**
**Free Returns**

🏷 Buy 2, get 16% off

**Bamboo Tissue Dispenser - Tissue Holder - 9.5 Inch Natural Bamboo Tissue Cover**
Brand New

$17.20
Buy It Now
**Free Shipping**
**Free Returns**

🏷 Buy 2, get 16% off

NEW LISTING **Chef Craft Measuring Spoon Set, Green/Black**
Brand New

$5.71
Buy It Now
**Free Shipping**
**Free Returns**

Tell us what you think

[◁] [1] [2] [3] [4] [5] [6] [7] [8] [9] [10] [▷]                    Items per page: 200 ▾

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2018 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



*Learn about pricing

This page was last updated:  Nov-05 21:28. Number of bids and bid amounts may be slightly out of date. See each listing for international shipping options and costs.