# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Weifang Tengyi Jewelry Trading Co. Ltd

                                      Plaintiff,

v.                                                         Case No.: 1:18−cv−04651

                                                                     Honorable Gary Feinerman

ExtraFind, et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 27, 2018:

      MINUTE entry before the Honorable Gary Feinerman:Given Plaintiff's filing of a motion to sever [125], the order to show cause [119] is discharged. Oppositions (if any) to the motion to sever [125] shall be filed by 12/10/2018; reply due by 12/17/2018. Motion hearing set for 11/29/2018 [126] is stricken.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.