# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Weifang Tengyi Jewelry Trading Co. Ltd

                        Plaintiff,

v.                                               Case No.: 1:18−cv−04651

                                                      Honorable Gary Feinerman

ExtraFind, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 19, 2018:

      MINUTE entry before the Honorable Gary Feinerman:Plaintiffs motion to sever [125] and Defendant Intuii and Sorensen's motion to dismiss [141] are denied. As Plaintiff clarified on the record, Plaintiff's claims against Defendants Intuii LLC and Jens Sorensen rest in substantial part on the same legal and factual grounds as Plaintiff's claims against the other defendants, including that Defendants Intuii LLC and Jens Sorensen were involved in a counterfeiting network with the other defendants. Given the nature of Plaintiff's claims, joinder is proper under Civil Rule 20(a)(2), rendering inappropriate dismissal or severance under Civil Rule 21.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.