# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| WEIFANG TENGYI JEWELRY TRADING CO., LTD ) ) ) | |
| Plaintiff, ) ) | Case No. 18-cv-4651 |
| v. ) ) | **Judge Gary S. Feinerman** |
| ) ) | **Magistrate Judge Jeffrey Gilbert** |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A" ) ) ) ) ) | |
| Defendants. ) ) | |

## FINAL JUDGMENT ORDER

This action having been commenced by Plaintiff Weifang Tengyi Jewelry Trading Co., Ltd. ("Weifang" or "Plaintiff") against the defendants identified on Schedule A, attached hereto, and using the Online Marketplace Accounts (collectively, the "Defendant Internet Stores"), and Plaintiff having moved for entry of Default Judgment, following the previous entry of default, against the defendants identified on Schedule A attached hereto (collectively, the "Defaulting Defendants");

This Court having entered upon a showing by Weifang, a temporary restraining order against Defaulting Defendants which included an order shutting down the Defendant Internet Stores;

Weifang having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that

1

Case: 1:18-cv-04651 Document #: 173 Filed: 02/14/19 Page 2 of 4 PageID #:4446

Defaulting Defendants received from eBay, Wish and/or Paypal, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

Defaulting Defendants having failed to answer the Amended Complaint or otherwise plead, and the time for answering the Amended Complaint having expired;

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defaulting Defendants since Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defaulting Defendants are reaching out to do business with Illinois residents by operating one or more commercial, interactive Defendant Internet Stores through which Illinois residents can purchase products using counterfeit versions of the Plaintiff's federally registered ULOVEIDO Trademark, U.S. Trademark Registration No. 5,017,523.

THIS COURT FURTHER FINDS that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), and violation of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS § 510, et seq.).

IT IS HEREBY ORDERED that Weifang's Motion for Entry of Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default and that this Final Judgment is entered against Defaulting Defendants. IT IS FURTHER ORDERED that:

1. Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:
   a. using the ULOVEIDO Trademark or any reproductions, counterfeit copies or

2

Colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Weifang product or not authorized by Weifang to be sold in connection with the ULOVEIDO Trademark;

b.  passing off, inducing, or enabling others to sell or pass off any product as a genuine Weifang product or any other product produced by Weifang, that is not Weifang's or not produced under the authorization, control or supervision of Weifang and approved by Weifang for sale under the ULOVEIDO Trademark;

c.  committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control or supervision of Weifang, or are sponsored by, approved by, or otherwise connected with Weifang;

d.  further infringing the ULOVEIDO Trademark and damaging Weifang's goodwill; and

e.  manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Weifang, nor authorized by Weifang to be sold or offered for sale, and which bear Weifang's ULOVEIDO Trademark, including or any reproductions, counterfeit copies or colorable imitations thereof.

2.  Pursuant to 15 U.S.C. § 1117(c)(2), Weifang is awarded statutory damages from each of the Defaulting Defendants in the amount of two hundred thousand dollars ($200,000) for willful use of counterfeit ULOVEIDO Trademarks on products sold through at least the Defendant Internet Stores. The two hundred thousand dollar ($200,000) award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in the Amended Complaint and Schedule A.

3

3. Plaintiff may send notice of any supplemental proceeding to Defaulting Defendants by sending an e-mail to the e-mail addresses identified in Exhibits 1-16 to the Declaration of Teng Guangyao [Doc. 10] and any e-mail addresses provided for Defendants by third parties that includes a link to said website.

4. Plaintiff may send notice of any supplemental proceeding to third parties by delivery of this Order and other relevant documents to the following Financial Institutions and/or Third Party Service Providers at the following addresses:

    i. PayPal, attention EE Omaha Legal Specialist at EEOMALegalSpecialist@paypal.com;

    ii. Alipay, attention Mr. Benjamin Bai, Vice President and Chief IP Counsel of Ant Financial Services Group at benjamin.bai@alipay.com or Mr. Di Zhang, Member of the Legal & Compliance Department – IP, at di.zd@alipay.com;

    iii. Alibaba, attention Ms. Jacqueline Ko, Legal Counsel, Alibaba Group at Jacqueline.ko@alibaba-inc.com;

    iv. DHgate (including DHPay.com) attention counsel for DHGate at slucks@fishinlucks.com;

    v. Wish, attention Mr. Dwight D. Lueck at dlueck@btlaw.com;

    vi. eBay, Inc. attention Mr. James Kaplan, eDiscovery Counsel, at jnkaplan@ebay.com.

This is a Final Judgment.

DATED: February 14, 2019.

                                                                          Gary Feinerman
                                                                          United States District Judge

Weifang Tengyi Jewelry Trading Co. Ltd v. 1MSUNSHINE, et al.
Case No. 18-cv-4651

**Amended Schedule A**

| No. | Defendant Name / Alias | No. | Defendant Marketplace URL |
|---|---|---|---|
| 1 | DISMISSED | 1 | DISMISSED |
| 2 | 5dollarsshop | 2 | https://www.wish.com/product/592c42ab6275635fd1021386 |
| 3 | 8_bitgame_com | 3 | https://www.wish.com/product/5ab13df3147bc3110406aab9 |
| 4 | DISMISSED | 4 | DISMISSED |
| 5 | AISHANGMALIYA | 5 | https://www.wish.com/product/5a65b33772e71f3b4ef380ac |
| 6 | aiyali | 6 | https://www.wish.com/product/59f5c35e977da12de07b1c6a |
| 7 | DISMISSED | 7 | DISMISSED |
| 8 | DISMISSED | 8 | DISMISSED |
| 9 | DISMISSED | 9 | DISMISSED |
| 10 | DISMISSED | 10 | DISMISSED |
| 11 | And Jewelry | 11 | https://www.wish.com/product/57fb2e84e2513c20ecad712c |
| 12 | DISMISSED | 12 | DISMISSED |
| 13 | DISMISSED | 13 | DISMISSED |
| 14 | DISMISSED | 14 | DISMISSED |
| 15 | DISMISSED | 15 | DISMISSED |
| 16 | DISMISSED | 16 | DISMISSED |
| 17 | DISMISSED | 17 | DISMISSED |
| 18 | DISMISSED | 18 | DISMISSED |
| 19 | BlueIsland | 19 | https://www.wish.com/product/5aec129918dcf2789fa9888c |
| 20 | Brenda Style | 20 | https://www.wish.com/product/59419d48f356556627a7f6d4 |
| 21 | DISMISSED | 21 | DISMISSED |
| 22 | DISMISSED | 22 | DISMISSED |
| 23 | CY6688 | 23 | https://www.wish.com/product/5870e5d7b1dc3d0d1d44b02e |
| 24 | DISMISSED | 24 | DISMISSED |
| 25 | danda Store No.1188886 | 25 | https://www.wish.com/product/59214517e8affe0206bdcc3f |
| 26 | DISMISSED | 26 | DISMISSED |
| 27 | DISMISSED | 27 | DISMISSED |
| 28 | diediexinyu | 28 | https://www.wish.com/product/58c1501c922ac65d356b73e7 |
| 29 | DISMISSED | 29 | DISMISSED |
| 30 | DISMISSED | 30 | DISMISSED |
| 31 | DISMISSED | 31 | DISMISSED |
| 32 | ED International Trade Co.,Limited | 32 | https://www.wish.com/product/596707deddebc172c76011bd |
| 33 | DISMISSED | 33 | DISMISSED |
| 34 | DISMISSED | 34 | DISMISSED |
| 35 | DISMISSED | 35 | DISMISSED |
| 36 | DISMISSED | 36 | DISMISSED |
| 37 | FashionEraStore | 37 | https://www.wish.com/product/59e55f8d1020682b61808e5b |
| 38 | DISMISSED | 38 | DISMISSED |
| 39 | DISMISSED | 39 | DISMISSED |
| 40 | fashiontrendset | 40 | https://www.wish.com/product/5a15caac55c0ac036387fe96 |
| 41 | DISMISSED | 41 | DISMISSED |
| 42 | DISMISSED | 42 | DISMISSED |
| 43 | glittering | 43 | https://www.wish.com/product/5ab25c755194c974cbe6b815 |
| 44 | glamorous Life | 44 | https://www.wish.com/product/58b675e67f513a5305411e40 |
| 45 | G's Jewelry Kart | 45 | https://www.wish.com/product/59e1238b0dcfe310c1f9065d |
| 46 | DISMISSED | 46 | DISMISSED |
| 47 | DISMISSED | 47 | DISMISSED |
| 48 | DISMISSED | 48 | DISMISSED |
| 49 | DISMISSED | 49 | DISMISSED |
| 50 | DISMISSED | 50 | DISMISSED |
| 51 | harseez | 51 | https://www.wish.com/product/59b97ee126d0b747ff593eda |
| 52 | DISMISSED | 52 | DISMISSED |
| 53 | DISMISSED | 53 | DISMISSED |
| 54 | hasshoping | 54 | https://www.wish.com/product/5a79b5b55dd08820cc5cd406 |
| 55 | DISMISSED | 55 | DISMISSED |
| 56 | DISMISSED | 56 | DISMISSED |
| 57 | DISMISSED | 57 | DISMISSED |
| 58 | DISMISSED | 58 | DISMISSED |
| 59 | DISMISSED | 59 | DISMISSED |
| 60 | HOT FANTASY | 60 | https://www.wish.com/product/58629a16579a964f8c504e45 |
| 61 | huangbinbinka | 61 | https://www.wish.com/product/5aafdcc247d3ae621c992f9d |
| 62 | DISMISSED | 62 | DISMISSED |
| 63 | huangleil | 63 | https://www.wish.com/product/5aa33586d9179020f3bb96ff |
| 64 | DISMISSED | 64 | DISMISSED |
| 65 | DISMISSED | 65 | DISMISSED |
| 66 | DISMISSED | 66 | DISMISSED |
| 67 | DISMISSED | 67 | DISMISSED |

| | | | |
|---|---|---|---|
| 68 | DISMISSED | 68 | DISMISSED |
| 69 | DISMISSED | 69 | DISMISSED |
| 70 | DISMISSED | 70 | DISMISSED |
| 71 | JOJOTIENDA | 71 | https://www.wish.com/product/5aa23ae1a7d48456ed478c20 |
| 72 | DISMISSED | 72 | DISMISSED |
| 73 | DISMISSED | 73 | DISMISSED |
| 74 | DISMISSED | 74 | DISMISSED |
| 75 | DISMISSED | 75 | DISMISSED |
| 76 | DISMISSED | 76 | DISMISSED |
| 77 | DISMISSED | 77 | DISMISSED |
| 78 | liasng | 78 | https://www.wish.com/merchant/58a53b410e16e9138738f4fc/product/5ac63cfb229318508ef43672 |
| 79 | lilisy | 79 | https://www.wish.com/product/58c58d4dffcbce5101864527 |
| 80 | DISMISSED | 80 | DISMISSED |
| 81 | DISMISSED | 81 | DISMISSED |
| 82 | DISMISSED | 82 | DISMISSED |
| 83 | DISMISSED | 83 | DISMISSED |
| 84 | DISMISSED | 84 | DISMISSED |
| 85 | DISMISSED | 85 | DISMISSED |
| 86 | DISMISSED | 86 | DISMISSED |
| 87 | DISMISSED | 87 | DISMISSED |
| 88 | LQM | 88 | https://www.wish.com/product/58faec378a81cc1a760a7cd0 |
| 89 | DISMISSED | 89 | DISMISSED |
| 90 | DISMISSED | 90 | DISMISSED |
| 91 | DISMISSED | 91 | DISMISSED |
| 92 | DISMISSED | 92 | DISMISSED |
| 93 | DISMISSED | 93 | DISMISSED |
| 94 | DISMISSED | 94 | DISMISSED |
| 95 | DISMISSED | 95 | DISMISSED |
| 96 | DISMISSED | 96 | DISMISSED |
| 97 | nage brother | 97 | https://www.wish.com/product/5a29438dfb04de0f08d690c3 |
| 98 | momo2007710 | 98 | https://www.wish.com/product/579f0d060170800f78e38b4a |
| 99 | niceagain | 99 | https://www.wish.com/product/5ab04b9999cd14378c756b04 |
| 100 | nganguyen | 100 | https://www.wish.com/product/5889d52e06af77759bd61a89 |
| 101 | DISMISSED | 101 | DISMISSED |
| 102 | DISMISSED | 102 | DISMISSED |
| 103 | DISMISSED | 103 | DISMISSED |
| 104 | panqing | 104 | https://www.wish.com/product/594720839009d77905a4f346 |
| 105 | DISMISSED | 105 | DISMISSED |
| 106 | DISMISSED | 106 | DISMISSED |
| 107 | qiancaisheng | 107 | https://www.wish.com/product/5a8e29d86931da4c5a539420 |
| 108 | DISMISSED | 108 | DISMISSED |
| 109 | Rose3175 | 109 | https://www.wish.com/product/58dd026393c5b964e56332aa |
| 110 | DISMISSED | 110 | DISMISSED |
| 111 | DISMISSED | 111 | DISMISSED |
| 112 | DISMISSED | 112 | DISMISSED |
| 113 | serendipitytime | 113 | https://www.wish.com/product/5aabfe8c81c8ec03c0d9331b |
| 114 | DISMISSED | 114 | DISMISSED |
| 115 | Shang Ge | 115 | https://www.wish.com/product/5aafc4e476d0846129e2b6d0 |
| 116 | DISMISSED | 116 | DISMISSED |
| 117 | DISMISSED | 117 | DISMISSED |
| 118 | DISMISSED | 118 | DISMISSED |
| 119 | DISMISSED | 119 | DISMISSED |
| 120 | DISMISSED | 120 | DISMISSED |
| 121 | DISMISSED | 121 | DISMISSED |
| 122 | DISMISSED | 122 | DISMISSED |
| 123 | DISMISSED | 123 | DISMISSED |
| 124 | DISMISSED | 124 | DISMISSED |
| 125 | DISMISSED | 125 | DISMISSED |
| 126 | DISMISSED | 126 | DISMISSED |
| 127 | DISMISSED | 127 | DISMISSED |
| 128 | DISMISSED | 128 | DISMISSED |
| 129 | DISMISSED | 129 | DISMISSED |
| 130 | toprings | 130 | https://www.wish.com/product/577958b779c5777a26067a8d |
| 131 | DISMISSED | 131 | DISMISSED |
| 132 | DISMISSED | 132 | DISMISSED |
| 133 | wangyubo155 | 133 | https://www.wish.com/product/59bf78478d295604aa0b71f0 |
| 134 | DISMISSED | 134 | DISMISSED |
| 135 | DISMISSED | 135 | DISMISSED |
| 136 | DISMISSED | 136 | DISMISSED |
| 137 | DISMISSED | 137 | DISMISSED |
| 138 | DISMISSED | 138 | DISMISSED |
| 139 | DISMISSED | 139 | DISMISSED |
| 140 | DISMISSED | 140 | DISMISSED |
| 141 | DISMISSED | 141 | DISMISSED |
| 142 | DISMISSED | 142 | DISMISSED |

| | | | |
|---|---|---|---|
| 143 | DISMISSED | 143 | DISMISSED |
| 144 | DISMISSED | 144 | DISMISSED |
| 145 | DISMISSED | 145 | DISMISSED |
| 146 | DISMISSED | 146 | DISMISSED |
| 147 | DISMISSED | 147 | DISMISSED |
| 148 | DISMISSED | 148 | DISMISSED |
| 149 | DISMISSED | 149 | DISMISSED |
| 150 | DISMISSED | 150 | DISMISSED |
| 151 | DISMISSED | 151 | DISMISSED |
| 152 | DISMISSED | 152 | DISMISSED |
| 153 | DISMISSED | 153 | DISMISSED |
| 154 | DISMISSED | 154 | DISMISSED |
| 155 | DISMISSED | 155 | DISMISSED |
| 156 | DISMISSED | 156 | DISMISSED |
| 157 | 1.dorin2 | 157 | https://www.ebay.com/usr/1.dorin2 |
| 158 | 5.daniel3 | 158 | https://www.ebay.com/usr/5.daniel3 |
| 159 | DISMISSED | 159 | DISMISSED |
| 160 | DISMISSED | 160 | DISMISSED |
| 161 | DISMISSED | 161 | DISMISSED |
| 162 | arasan123 | 162 | https://www.ebay.com/usr/arasan123 |
| 163 | DISMISSED | 163 | DISMISSED |
| 164 | azari_store | 164 | https://www.ebay.com/usr/azari_store |
| 165 | beautyukshop | 165 | https://www.ebay.com/usr/beautyukshop |
| 166 | DISMISSED | 166 | DISMISSED |
| 167 | certanuk | 167 | https://www.ebay.com/usr/certanuk |
| 168 | czyhjy666 | 168 | https://www.ebay.com/usr/czyhjy666 |
| 169 | EXCLUDED | 169 | EXCLUDED |
| 170 | DISMISSED | 170 | DISMISSED |
| 171 | eellena01 | 171 | https://www.ebay.com/usr/eellena01 |
| 172 | fashion*stars | 172 | https://www.ebay.com/usr/fashion*stars |
| 173 | DISMISSED | 173 | DISMISSED |
| 174 | happy-tohelpyou | 174 | https://www.ebay.com/usr/happy-tohelpyou |
| 175 | DISMISSED | 175 | DISMISSED |
| 176 | DISMISSED | 176 | DISMISSED |
| 177 | idscharar | 177 | https://www.ebay.com/usr/idscharar |
| 178 | jenya1970 | 178 | https://www.ebay.com/usr/jenya1970 |
| 179 | DISMISSED | 179 | DISMISSED |
| 180 | DISMISSED | 180 | DISMISSED |
| 181 | k2-emall | 181 | https://www.ebay.com/usr/k2-emall |
| 182 | nia_alf | 182 | https://www.ebay.com/usr/nia_alf |
| 183 | maingalaxyshop | 183 | https://www.ebay.com/usr/maingalaxyshop |
| 184 | DISMISSED | 184 | DISMISSED |
| 185 | DISMISSED | 185 | DISMISSED |
| 186 | princessdiscount | 186 | https://www.ebay.com/usr/princessdiscount |
| 187 | prettyric_007 | 187 | https://www.ebay.com/usr/prettyric_007 |
| 188 | refref-pr-rbelcip9s2 | 188 | https://www.ebay.com/usr/reref-pr-rbelcip9s2?_trksid=p2047675.l2559 |
| 189 | DISMISSED | 189 | DISMISSED |
| 190 | shop_outdoors | 190 | https://www.ebay.com/usr/shop_outdoors |
| 191 | DISMISSED | 191 | DISMISSED |
| 192 | stockyoo | 192 | https://www.ebay.com/usr/stockyoo |
| 193 | speedydealstore | 193 | https://www.ebay.com/usr/speedydealsstore |
| 194 | DISMISSED | 194 | DISMISSED |
| 195 | suprememishaa | 195 | https://www.ebay.com/usr/suprememishaa |
| 196 | tomaslt11 | 196 | https://www.ebay.com/usr/tomaslt11 |
| 197 | taylinelf1975 | 197 | https://www.ebay.com/usr/taylinelf1975 |
| 198 | u.s-shop-market-online | 198 | https://www.ebay.com/usr/u.s-shop-market-online |
| 199 | ts_prof | 199 | https://www.ebay.com/usr/ts_prof |
| 200 | vanleeuwen | 200 | https://www.ebay.com/usr/vanleeuwen |
| 201 | ustony64 | 201 | https://www.ebay.com/usr/ustony64 |
| 202 | zzz_billy_vu_zzz | 202 | https://www.ebay.com/usr/zzz_billy_vu_zzz |
| 203 | DISMISSED | 203 | DISMISSED |
| 204 | DISMISSED | | |
| 205 | IBRAHEM GHIGHA | | |
| 206 | GEORGY KORNIENKO | | |
| 207 | DISMISSED | | |
| 208 | ZHIMING HUANG | | |
| 209 | SHENGHUI ZHONG | | |
| 210 | DISMISSED | | |
| 211 | DISMISSED | | |
| 212 | DISMISSED | | |
| 213 | DISMISSED | | |
| 214 | AND KING | | |
| 215 | DISMISSED | | |
| 216 | DISMISSED | | |
| 217 | DISMISSED | | |

| | |
|---|---|
| 218 | DISMISSED |
| 219 | DISMISSED |
| 220 | DISMISSED |
| 221 | DISMISSED |
| 222 | WANZHUANG ZENG |
| 223 | BRENDA MAKIN |
| 224 | DISMISSED |
| 225 | DISMISSED |
| 226 | QINGYING CHEN |
| 227 | DISMISSED |
| 228 | LIN LIN |
| 229 | DISMISSED |
| 230 | DISMISSED |
| 231 | YUQIN ZHAO |
| 232 | DISMISSED |
| 233 | DISMISSED |
| 234 | DISMISSED |
| 235 | JASON ZHAO |
| 236 | DISMISSED |
| 237 | DISMISSED |
| 238 | DISMISSED |
| 239 | DISMISSED |
| 240 | HASSAN ALHADDAD |
| 241 | DISMISSED |
| 242 | DISMISSED |
| 243 | ADELA LUIZA NAHAL |
| 244 | DISMISSED |
| 245 | ZIANG SHEN |
| 246 | MIKE WANG |
| 247 | GBELEE SUMO |
| 248 | DISMISSED |
| 249 | DISMISSED |
| 250 | DISMISSED |
| 251 | DISMISSED |
| 252 | JAWAD AHMAD |
| 253 | DISMISSED |
| 254 | DISMISSED |
| 255 | HASAN KARAKAŞLIOĞLU |
| 256 | DISMISSED |
| 257 | DISMISSED |
| 258 | DISMISSED |
| 259 | DISMISSED |
| 260 | DISMISSED |
| 261 | SAI LI |
| 262 | BINBIN HUANG |
| 263 | DISMISSED |
| 264 | LEI HUANG |
| 265 | DISMISSED |
| 266 | DISMISSED |
| 267 | DISMISSED |
| 268 | DISMISSED |
| 269 | DISMISSED |
| 270 | DISMISSED |
| 271 | DISMISSED |
| 272 | XIAOJUN HUANG |
| 273 | DISMISSED |
| 274 | DISMISSED |
| 275 | DISMISSED |
| 276 | DISMISSED |
| 277 | DISMISSED |
| 278 | DISMISSED |
| 279 | RUIWEN ZHONG |
| 280 | NGUYEN TRUNG HOC |
| 281 | DISMISSED |
| 282 | DISMISSED |
| 283 | DISMISSED |
| 284 | DISMISSED |
| 285 | DISMISSED |
| 286 | DISMISSED |
| 287 | DISMISSED |
| 288 | DISMISSED |
| 289 | CIWEN XU |
| 290 | DISMISSED |
| 291 | DISMISSED |
| 292 | DISMISSED |

| | |
|---|---|
| 293 | DISMISSED |
| 294 | DISMISSED |
| 295 | DISMISSED |
| 296 | DISMISSED |
| 297 | DISMISSED |
| 298 | SHAOLI ZHUANG |
| 299 | HONGMEI YE |
| 300 | JINHUA WU |
| 301 | NGUYEN THI NGA |
| 302 | DISMISSED |
| 303 | DISMISSED |
| 304 | DISMISSED |
| 305 | QING PAN |
| 306 | DISMISSED |
| 307 | DISMISSED |
| 308 | PENGFEI TIAN |
| 309 | DISMISSED |
| 310 | YANYAN LIAO |
| 311 | DISMISSED |
| 312 | DISMISSED |
| 313 | DISMISSED |
| 314 | ADRIAN CARTY |
| 315 | DISMISSED |
| 316 | CHUANCUI WU |
| 317 | DISMISSED |
| 318 | DISMISSED |
| 319 | DISMISSED |
| 320 | DISMISSED |
| 321 | DISMISSED |
| 322 | DISMISSED |
| 323 | DISMISSED |
| 324 | DISMISSED |
| 325 | DISMISSED |
| 326 | DISMISSED |
| 327 | DISMISSED |
| 328 | DISMISSED |
| 329 | DISMISSED |
| 330 | BETTY BETTY |
| 331 | DISMISSED |
| 332 | DISMISSED |
| 333 | YUBO WANG |
| 334 | DISMISSED |
| 335 | DISMISSED |
| 336 | DISMISSED |
| 337 | DISMISSED |
| 338 | DISMISSED |
| 339 | DISMISSED |
| 340 | DISMISSED |
| 341 | DISMISSED |
| 342 | DISMISSED |
| 343 | DISMISSED |
| 344 | DISMISSED |
| 345 | DISMISSED |
| 346 | DISMISSED |
| 347 | DISMISSED |
| 348 | DISMISSED |
| 349 | DISMISSED |
| 350 | DISMISSED |
| 351 | DISMISSED |
| 352 | DISMISSED |
| 353 | DISMISSED |
| 354 | DISMISSED |
| 355 | DISMISSED |
| 356 | DORIINN MENNDDEL |
| 357 | DAANNIELLL ABOODRAAHM |
| 358 | DISMISSED |
| 359 | DISMISSED |
| 360 | DISMISSED |
| 361 | ARIF ALI |
| 362 | DISMISSED |
| 363 | ANOUAR OUTAKHROUFT |
| 364 | IGOR JEVDIKIMOV |
| 365 | OLEG CERTAN |
| 366 | XIAOMEI WANG |
| 367 | EXCLUDED |

| | |
|---|---|
| 368 | DISMISSED |
| 369 | YASINE NOURE |
| 370 | IOANNIS KONSTANTARAS |
| 371 | DISMISSED |
| 372 | PAULIUS MATEIKA |
| 373 | DISMISSED |
| 374 | DISMISSED |
| 375 | IDO CHARAR |
| 376 | EVGENI YAGUDIN |
| 377 | DISMISSED |
| 378 | DISMISSED |
| 379 | AMIR WAHEED |
| 380 | ANDI HARIANTO |
| 381 | AMINE BENZAAZAA |
| 382 | DISMISSED |
| 383 | DISMISSED |
| 384 | REGION DISCOUNT |
| 385 | RICK HORTON |
| 386 | REFAYA PRIYA |
| 387 | DISMISSED |
| 388 | TOMAS LIEPIS |
| 389 | DISMISSED |
| 390 | SHAI NAIM |
| 391 | DISMISSED |
| 392 | SPARTAC YABLONOVSKY |
| 393 | TOMAS BORAVSKIS |
| 394 | ROCHELLE FLORES |
| 395 | YOSI HALALY |
| 396 | TIMUR SADRIEV |
| 397 | HOPE VAN LEEUWEN |
| 398 | JEFFREY TAGGART |
| 399 | TUAN VU |
| 400 | EXCLUDED |