## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| WEIFANG TENGYI JEWELRY TRADING CO., LTD | ) ) ) | |
| Plaintiff, | ) ) | Case No. 18-cv-4651 |
| v. | ) ) ) ) | **Judge John F. Kness**<br><br>**Magistrate Judge Jeffrey Gilbert** |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A" | ) ) ) ) ) | |
| Defendants. | ) ) | |

### CITATION TO DISCOVER ASSETS TO A THIRD PARTY

To:   Paypal, Inc. Legal Order Processing
       Via Email to EEOMALegalSpecialist@paypal.com

YOU ARE REQUIRED to either file your answer to this Citation on the form appearing on the reverse side or appear on April 22, 2020 before 9:30 am at 120 N. LaSalle St., Suite 1200, Chicago, IL 60602.

Judgment was entered on February 14, 2019, in favor of Plaintiff and against Defendants identified in Schedule A to the attached Final Judgment Order, in this court under case number 18-cv-4651 in the sum of $200,000 per Defaulting Defendant.  There is now due, less credit and off-set, the sum of $200,000 per Defaulting Defendant. (Judgment Balance). Further sums may become due as costs and interests accrue.

Your answer will inform the Court as to property you may hold belonging to the Defaulting Defendants identified in Schedule A to the attached Final Judgment Order.

YOU ARE FURTHER COMMANDED TO PRODUCE:

Any and all account information identifying, controlled by, connected or relating to the following Defaulting Defendants and Paypal Transactions:

| Def. No. | Store Name | PayPal Transaction ID |
|---|---|---|
| 172 | Fashion*stars | 9CS65261U5881841B |
| 177 | Idscharar | 5PN40569X7810803X |
| 181 | K2-emall | 6XU31488LU887490Y |
| 187 | Prettyric_007 | 8SB06885J22599715 |
| 193 | Speedydealsstore | 91017621C6977930A |

You are prohibited from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from the enforcement of a judgment, a deduction order or garnishment, property belonging to the judgment debtor or to which s/he may be entitled or which may thereafter be acquired by or become due to him or her, and from paying over or otherwise disposing of any monies not so exempt, which are due to the judgment debtor. This prohibition shall remain in effect until further order of court or termination of the proceeding.

You are not required to withhold the payment of any monies beyond double the amount of the total sum due the judgment creditor.

If the account consists solely of funds that can be identified as exempt under federal or state law, you are PROHIBITED from FREEZING THE ACCOUNT and YOU MUST RESPOND that the account consists solely of exempt funds. Deposited funds that are exempt under federal and state law include Social Security, SSI, veteran's benefits, Railroad Retirement benefits, public assistance benefits, unemployment compensation benefits and/or circuit breaker property tax relief benefits.

WARNING: Your failure to comply with the citation proceeding may result in a judgment being entered against you for the unsatisfied amount of this judgment. 735 ILCS 5/2-1402(f)(1).

WARNING: Your failure to appear in court or file your answer as directed may cause you to be arrested and brought before the court to answer to a charge of contempt of court, which may be punishable by imprisonment in the county jail.

## CERTIFICATION BY ATTORNEY FOR JUDGMENT CREDITOR

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure (735 ILCS 5/1-109), the undersigned certifies that the above information regarding the amount of the judgment, the date of the judgment, or its revival date, the balance due thereon, the name of the court and the number of the case is true and correct.

Charles E. McElvenny
Law Office of Charles E. McElvenny          /s/ Charles E. McElvenny
120 N. LaSalle St.     Suite 1200          Charles E. McElvenny
Chicago, IL 60602
312-291-8330
charlie@cemlawfirm.com

Clerk of the Court for the United States District Court, Northern District of Illinois

THOMAS G. BRUTON
_____

Date: APR 1 5 2020
_____

_Analela Chovlo_
_____
Deputy Clerk

## ANSWER OF THIRD PARTY RESPONDENT CITATION

This first section must be filled out by the judgment creditor.

Citation/Respondent: **PayPal, Inc.**  Court Date: April 22, 2020
Defendant's Name: See Attached Schedule  SSN: NA
Case No.: 18-cv-4651
Judgment Balance: $200,000
This is a Citation: Freeze up to double the Judgment Balance.

## INTERROGATORIES

1. On the date of service of the citation, did you have in your possession, custody or control any personal property or monies belonging to the judgment debtor? Yes/No
If the answer is "yes" go to the next question. If "no", go to the instructions.

2. Is this an IRA account? Or have all of the deposits made during the past 90 days been electronically deposited and identified as exempt Social Security, Unemployment Compensation, Public Assistance, Veteran's Benefits, Pension or Retirement or by a source drawing from any other statutory exemptions? Yes/No
If the answer is "yes" go to the next question. If "no", go to the instructions.

3. Is/Are the account(s)' current balance(s) equal to or less than the total of the exempt deposits? Yes/No

  If you answered "yes" to all three (3) questions and funds in the account(s) are exempt, do not freeze the funds. Go to the "instructions" below.

4.             Account Balance     Amount Withheld

A. Savings Account       $ _____    $ _____

B. Check/MMA/Now Account    $ _____    $ _____

C. Certificate of Deposit     $ _____    $ _____

D. Trust Account/Other      $ _____    $ _____

(Describe)_____

E. Safety Deposit Yes/No

F. Land Trust No. _____

G. Less Right of Offset for Loans                                    $ _____

Total Amount Frozen:                                                 $ _____

5.      List all electronic deposits into account(s) and their source(s) except deposits:

| Account No. | Source | Monthly Amount |
|---|---|---|
| _____ | _____ | $ _____ |
| _____ | _____ | $ _____ |
| _____ | _____ | $ _____ |

6.      List all joint account holders or adverse claimants:

Name_____          Name_____

Address_____          Address_____

Account Information:                    Account Information:
Type: Checking/Savings/CD Savings       Type: Checking/Savings/CD Savings
Account Number:                         Account Number:

## INSTRUCTIONS

Deliver this Answer at least three (3) days before the court date to assure timely processing.
Complete the Answer of Third Party Respondent Citation section on this form.
Complete and sign the certification at the bottom of this page.

## CERTIFICATION

Under the penalties as provided by law pursuant to Section 1-109 of the code of Illinois Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct and that I have mailed this Answer to Defendant(s).

Agent Name: _____
Agent Title: _____
Agent Signature: _____