# ANSWER OF THIRD PARTY RESPONDENT CITATION

This first section must be filled out by the judgment creditor.

Citation/Respondent: **PayPal, Inc.**
Defendant's Name: See Attached Schedule
Case No.: 18-cv-4651
Judgment Balance: $200,000
This is a Citation: Freeze up to double the Judgment Balance.

Court Date: April 22, 2020
SSN: NA

## INTERROGATORIES

1. On the date of service of the citation, did you have in your possession, custody or control any personal property or monies belonging to the judgment debtor? [Yes] No
If the answer is "yes" go to the next question. If "no", go to the instructions.

2. Is this an IRA account? Or have all of the deposits made during the past 90 days been electronically deposited and identified as exempt Social Security, Unemployment Compensation, Public Assistance, Veteran's Benefits, Pension or Retirement or by a source drawing from any other statutory exemptions? Yes /[No]
If the answer is "yes" go to the next question. If "no", go to the instructions.

3. Is/Are the account(s)' current balance(s) equal to or less than the total of the exempt deposits? [Yes] No

   If you answered "yes" to all three (3) questions and funds in the account(s) are exempt, do not freeze the funds. Go to the "instructions" below.

4.                                    Account Balance           Amount Withheld

A. Savings Account                    $ n/a                     $ n/a

B. Check/MMA/Now Account              $ n/a                     $ n/a

C. Certificate of Deposit             $ n/a                     $ n/a

D. Trust Account/Other                $ $3,307.45               $ $3,307.45

(Describe)___Five PayPal accounts_____

E. Safety Deposit Yes/No   No

F. Land Trust No.  n/a

G. Less Right of Offset for Loans                    $ n/a

Total Amount Frozen:                                 $ $3,307.45

5. List all electronic deposits into account(s) and their source(s) except deposits:

| Account No. | Source | Monthly Amount |
|---|---|---|
| n/a | n/a | $ n/a |
| n/a | n/a | $ n/a |
| n/a | n/a | $ n/a |

6. List all joint account holders or adverse claimants:

Name  n/a                          Name  n/a

Address  n/a                       Address  n/a

Account Information:               Account Information:
Type: Checking/Savings/CD Savings  Type: Checking/Savings/CD Savings
Account Number:                    Account Number:

### INSTRUCTIONS

Deliver this Answer at least three (3) days before the court date to assure timely processing.
Complete the Answer of Third Party Respondent Citation section on this form.
Complete and sign the certification at the bottom of this page.

### CERTIFICATION

Under the penalties as provided by law pursuant to Section 1-109 of the code of Illinois Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct and that I have mailed this Answer to Defendant(s).

Agent Name:  Jana Neal
Agent Title:  Legal Specialist
Agent Signature:  *[signed]*