## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| WEIFANG TENGYI JEWELRY TRADING CO., LTD | ) ) ) | |
| Plaintiff/Counterclaim Defendant, | ) ) | No. 18-cv-4651 |
| v. | ) ) | Judge John F. Kness |
| JENS SORENSEN, et al., | ) ) | Magistrate Judge Jeffrey Gilbert |
| Defendants/Counterclaim Plaintiff. | ) ) ) | |

## ORDER

This matter coming before the Court pursuant to Plaintiff's Motion for Judgment on the Answer of Third Party Citation Respondents and for Turnover of Funds, it is hereby Ordered:

1. Plaintiff's Motion is granted.

2. Judgment is entered in favor of Plaintiff and against Third Party Citation Respondent PayPal, Inc. in the amount of $3307.45.

3. Third Party Citation Respondent PayPal, Inc. shall turn over to Plaintiff in partial satisfaction of the judgment the amount of $3307.45.

4. Upon delivery of the amounts identified above the Third Party Citation respondent PayPal, Inc. shall be dismissed.

Dated: May 12, 2020

_____
JOHN F. KNESS
United States District Judge