## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| WEIFANG TENGYI JEWELRY TRADING CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A" <br><br> Defendants. | Case No. 18-cv-4651 <br><br> **District Judge John F. Kness** <br><br> **Magistrate Judge Jeffrey Gilbert** |

### NOTICE OF CORRECTED JOINT STATUS REPORT IN REASSIGNED CASE

To:     See Attached Certificate of Service

Pursuant to this Court's Standing Order Regarding Reassigned Civil Cases [Doc. 350], on May 18, 2020, Plaintiff/Counter-Defendant Weifang Tengyi Jewelry Trading Co., Ltd. ("Plaintiff") filed a Joint Status Report In Reassigned Case [Doc. 354]. The Joint Status Report [Doc. 354] that Plaintiff filed was materially different from the draft joint status report that Defendants/Counter-Plaintiffs Intuii LLC and Jens Sorensen (collectively "Intuii") approved to be filed on its behalf. Without any notice to Intuii, Plaintiff added substantive portions that Intuii had never seen and rejected some changes that Intuii had made to the draft.

Specifically, Plaintiff inserted a lengthy section regarding its position on the Court's prior orders in Section V.A., without providing Intuii an opportunity to respond. Additionally, in Section II.A, Plaintiff deleted its own statement that "the above listed motions have not been mooted and require rulings" and, replaced that statement with a contention on Intuii's behalf (that Intuii had never seen) and its own argument regarding Intuii's pending motion for sanctions. The

additional argument constitutes yet another attempt to submit further argument in response to Intuii's pending sanctions motion (Plaintiff's request to file a sur-reply [Doc. 347] is still pending).

On May 27, 2020, after reviewing the electronically served Jointed Status Report and recognizing the material changes in the document, Intuii notified Plaintiff that it objected to the document that Plaintiff improperly filed as a joint document and requested that Plaintiff file a corrected status report in accordance with the draft that was approved by both parties. Plaintiff acknowledged Intuii's objection; but did not respond to Intuii's request that a corrected status report be filed. On May 28, 2020, Intuii requested a clarification whether Plaintiff would file a corrected status report, but Plaintiff has not responded. Therefore, in the interest of complying with the Court's Standing Order by accurately providing Intuii's respective positions, attached as Appendix 1 hereto, is a redline comparison between the document filed by Plaintiff without Intuii's review or approval and the draft Joint Status Report In Reassigned Case that Intuii approved for filing. The underlined text represents language added to the document by Plaintiff and the cross-through text represents language deleted by Plaintiff. For convenience of the Court, a clean version of the draft Joint Status Report that was approved by the parties is attached as Appendix 2.

Respectfully submitted,

**INTUII LLC and JENS SORENSEN**

Dated:  June 12, 2020  By:  */s/ Boris Zelkind*  
                                                             Attorney for Defendants

Boris Zelkind (*admitted pro hac vice*)  
Meghan C. Killian (*admitted pro hac vice*)  
**DUANE MORRIS, LLP**  
750 B Street, Suite 2900  
San Diego, CA  92101-4681  
Telephone: (619) 744-2267  
Facsimile: (619) 923-2673  
BZelkind@duanemorris.com  
Mckillian@duanemorris.com

Carrie A. Dolan
J. Michael Williams
**COHON RAIZES & REGAL LLP**
208 South La Salle Street, Suite 1440
Chicago, Illinois 60604
Phone: (312) 726-2252
Fax: (312) 726-0609
cdolan@cohonraizes.com
mwilliams@cohonraizes.com

## **CERTIFICATE OF SERVICE**

      The undersigned counsel for Defendants Intuii LLC and Jens Sorensen hereby certify that on **June 12, 2020**, a true and correct copy of **NOTICE OF CORRECTED JOINT STATUS REPORT** was filed electronically with the Clerk of Court through the Court's CM/ECF System, which will provide electronic notification of such filing to the following Counsel of Record:

L. Ford Banister, II
The Law Office of L. Ford Banister, II
244 5th Avenue, Suite 1888
New York, NY 10001
ford@fordbanister.com

Amy Elizabeth Paluch Epton
438 East 49th
Chicago, IL 60615
amy@epton.org

Charles E. McElvenny
Law Office of Charles E. McElvenny
20 North Clark Street, Suite 2200
Chicago, IL 60602
charlie@cemlawfirm.com

*Attorneys for Plaintiff,* WEIFANG TENGYI JEWELRY TRADING CO., LTD.


Dated: June 12, 2020        By: */s/ **Boris Zelkind***
                                                        Attorney for Defendants