**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| WEIFANG TENGYI JEWELRY TRADING CO., LTD | ) | |
| | ) | |
| Plaintiff/Counterclaim Defendant, | ) | Case No. 18-cv-4651 |
| | ) | |
| v. | ) | **Judge John F. Kness** |
| | ) | |
| JENS SORENSEN, et al., | ) | **Magistrate Judge Jeffrey Gilbert** |
| | ) | |
| Defendants/Counterclaim Plaintiff. | ) | |
| | ) | |

**PLAINTIFF'S MOTION TO DISMISS THIRD**
**PARTY CITATION RESPONDENT PAYPAL, INC.**

Now Comes the Plaintiff, Weifang Tengyi Jewelry Trading Co., Ltd., by and through one of its attorneys, Charles E. McElvenny, and in support of Plaintiff's Motion to Dismiss Third Party Citation Respondent, PayPal Inc., states as follows:

1.      On February 14, 2019, judgment was entered in this Court in favor of the Plaintiff, Weifang Tengyi Jewelry Trading Co., Ltd. (Plaintiff), and against the Defendants in the total amount of $200,000 per Defendant.

2.      A Citation to Discover Assets to a Third Party was served on Third Party PayPal, Inc., on April 15, 2020.

3.      PayPal, Inc. served its Answer on April 20, 2020, indicating that it was in possession of non-exempt funds belonging to certain Defendants and indicating that $3307.45 in total was being withheld.

4.      PayPal turned over the funds in its possession on May 19, 2020.

1

5.      PayPal has satisfied its obligations pursuant to the Citation to Discover Assets and should be dismissed from this matter.

WHEREFORE, Plaintiff Weifang Tengyi Jewelry Trading Co., Ltd., respectfully requests that this Court dismiss Third Party Citation Respondent, PayPal, Inc. from this action and for such other relief that this Court deems just and proper.

Respectfully Submitted:
/s/ Charles E. McElvenny
Charles E. McElvenny

Charles E. McElvenny
Law Office of Charles E. McElvenny
120 N. LaSalle Street
Suite 1200
Chicago, Illinois 60602
312-291-8330

2