# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| WEIFANG TENGYI JEWELRY TRADING CO., LTD., | Case No. 18-cv-4651 |
| Plaintiff, | **Judge John F. Kness** |
| v. | **Magistrate Judge Jeffrey Gilbert** |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A" | |
| Defendants. | |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

NOW COME Meghan C. Killian, Boris Zelkind, Carrie A. Dolan, and J. Michael Williams (collectively "Counsel"), counsel for Defendants Intuii LLC and Jens Sorensen (collectively "Defendants") in this matter, and respectfully move this Court to grant them leave to withdraw as counsel for Defendants. In support of this Motion for Leave to Withdraw as Counsel, the undersigned states as follows:

1. As of August 20, 2021, Boris Zelkind is no longer affiliated with Duane Morris.

2. Counsel seek leave of court to withdraw their appearances as attorneys of record for Defendants, due to an irreparable breakdown of its relationship with Defendants.

3. Due to this breakdown, it will be unreasonably difficult for Counsel to continue their representation of Defendants.

4. On August 20, 2021, Mr. Zelkind spoke to Defendants, advising them that Counsel would be seeking to be withdrawn as counsel and that Defendants should retain new counsel.

DM2\14600208.2

5. A copy of the Motion for Leave to Withdraw as Counsel was also sent to Defendants by e-mail and Federal Express mail.

6. This motion is not brought to prejudice any party and no party shall be prejudiced by the granting of this Motion for Leave to Withdraw. The case does not have any impending court dates and therefore Defendants have sufficient time to obtain new counsel.

WHEREFORE, Meghan C. Killian, Boris Zelkind, Carrie A. Dolan, and J. Michael Williams respectfully request that they be granted leave to withdraw as counsel for Defendants in this matter.

Dated: September 13, 2021

DUANE MORRIS LLP

By: /s/ *Meghan C. Killian*

Boris Zelkind (*admitted pro hac vice*)
Meghan C. Killian (*admitted pro hac vice*)
**DUANE MORRIS, LLP**
750 B Street, Suite 2900
San Diego, CA 92101-4681
Telephone: (619) 744-2267
Facsimile: (619) 923-2673
Mckillian@duanemorris.com

Dated: September 13, 2021 /s/ *Carrie A. Dolan*

Carrie A. Dolan
COHON RAIZES & REGAL LLP
208 South La Salle Street, Suite 1440
Chicago, Illinois 60604
Phone: (312) 726-2252
Fax: (312) 726-0609
cdolan@cohonraizes.com

Dated: September 13, 2021 /s/ *J. Michael Williams*

J. Michael Williams
COHON RAIZES & REGAL LLP
208 South La Salle Street, Suite 1440
Chicago, Illinois 60604
Phone: (312) 726-2252
Fax: (312) 726-0609
mwilliams@cohonraizes.com

United States District Court

Northern District of Illinois
Notification of Party Contact Information

**Directions**: This form must be attached to a motion to withdraw from a case when no other attorney of record has been noted on the docket. A completed form must be electronically filed as an attachment to the motion to withdraw. The address and telephone number of your client must be completed on this form to enable the Court to contact your client in the future if the motion to withdraw is granted.

**Case Number**: 18-cv-4651
**Case Title**: *Weifang Tengyi Jewelry Trading Co., Ltd., v. The Partnerships and Unincorporated Associations Identified On Schedule "A"*
**Judge**: John F. Kness

**Name of Attorney submitting the motion to withdraw**: Boris Zelkind, Meghan C. Killian, Carrie A. Dolan, and J. Michael Williams
**Name of Client**: Intuii LLC and Jens Sorensen
**Mailing address of Client**: 9347 VERVAIN STREET
**City:** SAN DIEGO
**State:** California
**Zip:** 92129
**Telephone Number: (858) 480-7030/(858) 245-3242**

**I attest that the above information is true and correct to the best of my knowledge.**

**Signed:**_____/s/Meghan S. Killian_____
**Date:**

## CERTIFICATE OF SERVICE

Meghan C. Killian certifies that on September 13, 2021, she caused the foregoing document to be electronically filed with the Clerk of the U.S. District Court, using the Court's CM/ECF system, which will send electronic notification of the filing to those parties who have appeared and are registered as CM/ECF participants in this matter. Parties may access this filing through the Court's CM/ECF system.

/s/ *Meghan C. Killian*