IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WEIFANG TENGYI JEWELRY TRADING CO., LTD </br></br>     Plaintiff, </br></br> v. </br></br></br></br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A" </br></br>     Defendants. | Case No. 18-cv-4651 </br></br> **Judge John F. Kness** </br></br> **Magistrate Judge Jeffrey Gilbert** |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF
TIME TO FILE JOINT STATUS REPORT**

COMES NOW, Plaintiff WEIFANG TENGYI JEWELRY TRADING CO., LTD., by and through the undersigned counsel, and respectfully requests for this Court to extend the time to file a joint status report by fourteen (14) days from August 22, 2022 to September 5, 2022. As grounds thereof, Plaintiff states:

1. On August 11, 2022, this Court entered a minute order directing the parties to submit a "concise joint status report" on or by August 22, 2022 with a proposed schedule "to govern the remainder of the case." (D.E. 377).

2. As this Court is aware, the instant case contains a significant procedural history with significant litigation.

1

3. The parties are currently engaged in settlement negotiations.

4. Plaintiff requires additional time to review the record and narrow down any issues for this Court's attention prior to proposing a schedule. To this end, Plaintiff is working toward resolving any outstanding matters and to avoid judicial intervention in the interest of efficiency.

5. The undersigned has conferred with defense counsel Erin Russell, who does not oppose the relief requested herein.

6. The instant motion is not presented for purposes of delay or harassment.

7. This is Plaintiff's first request for extension of time to file the joint status report.

WHEREFORE, Plaintiff respectfully requests for this Court to extend the deadline to file a joint status report as provided in [D.E. 377] by fourteen days to September 5, 2022.

Respectfully submitted this 17th August, 2022,

/s/ *Lydia Pittaway*
Fla. Bar No.: 0044790
Of Counsel, Ford Banister IP
305 Broadway - Floor 7
New York NY 10007
Telephone: +1 212-500-3268
lpittaway@fordbanister.com
*Attorney for Plaintiff*