# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Weifang Tengyi Jewelry Trading Co. Ltd

      Plaintiff,

v.

Case No.: 1:18−cv−04651

Honorable John F. Kness

The Partnerships and Unincorporated Associations Identified on Schedule "A", et al.

      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 27, 2023:

    MINUTE entry before the Honorable John F. Kness: In view of the ongoing settlement proceedings before Magistrate Judge Gilbert (see Dkt. [408]), Plaintiff's opposed motion [387] for leave to file a second amended complaint is dismissed without prejudice to refiling if the case does not settle. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.