# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WEIFANG TENGYI JEWELRY TRADING CO., LTD., <br><br> Plaintiff/Counterdefendant, <br><br> v. <br><br> JENS SORENSEN, AN INDIVIDUAL, AND INTUII, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY, <br><br> Defendants/Counterplaintiffs. | No. 18-cv-04651 <br><br> Judge John F. Kness |

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒ in favor of Counterplaintiffs INTUII, LLC and JENS SORENSEN, and against Counterdefendant WEIFANG TENGYI JEWELRY TRADING CO., LTD. in the amount of $1.00 on Counterplaintiffs' abuse of process counterclaim,

which ☐ includes pre–judgment interest.
☒ does not include pre–judgment interest.

☐ in favor of defendant(s) and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.
☐ tried by Judge _____ without a jury and the above decision was reached.
☒ decided by Judge John F. Kness on Counterplaintiffs' acceptance of Counterdefendant's offer of judgment (see Dkt. 420, 422).

Date: March 13, 2025

_____
JOHN F. KNESS
United States District Judge